**Fill in this information to identify the case:**

United States Bankruptcy Court for the District of Delaware

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  14/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Maremont Corporation |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 13-2986138 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2135 West Maple Road | |
| Number    Street | Number    Street |
| Troy, MI 48084 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Oakland | |
| County | Number    Street |
| | City        State    ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor Name <u>Maremont Corporation</u>                    Case number(*if known*)_____

**7.** **Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>4413</u>_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*

  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____ When _____ Case number _____
                                MM / DD / YYYY

            District _____ When _____ Case number _____
                                MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes.  Debtor  <u>See Attachment 1</u>          Relationship _____

            District _____ When _____
                                                      MM / DD  /YYYY

            Case number, if known _____

Debtor  <u>Maremont Corporation</u>                          Case number(*if known*)_____
     <sub>Name</sub>

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

                                              **Why does the property need immediate attention? (Check all that apply.)**

                                              ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                                 What is the hazard?_____

                                              ☐ It needs to be physically secured or protected from the weather.

                                              ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                              ☐ Other _____

                                    **Where is the property?** _____

                                               Number    Street

                                               _____

                                             City                      State        ZIP Code

                                      **Is the property insured?**

                                      ☐ No

                                      ☐ Yes. Insurance agency _____

                                                Contact      _____

                                                 Phone        _____

---

| ▮ | **Statistical and administrative information** |
|---|---|

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | **Estimated number of creditors (consolidated basis)** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☒ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets (consolidated basis)** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Maremont Corporation | | Case number(*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities (consolidated basis)**

☐ $0-$50,000 ☐ $1,000,001-$10 million ☐ $500,000,001-$1 billion

☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million ☒ $100,000,001-$500 million ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/22/2019___
MM / DD / YYYY

✗ /s/ _____          Carl D. Anderson, II
Signature of authorized representative of debtor     Printed name

Title ____Chairman and Sole Officer____

Date ____01/22/2019____
MM / DD / YYYY

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

James F. Conlan                         Norman L. Pernick
Printed name

Sidley Austin LLP                       Cole Schotz P.C.
Firm name

One South Dearborn                      500 Delaware Avenue, Ste. 1410
Address

Chicago, IL 60603                       Wilmington, DE 19801
City/State/ZIP

(312) 853-6890                          (302) 651-2000
Contact phone

jconlan@sidley.com                      npernick@coleschotz.com
Email address

                                        2290
                                        DE Bar number

**ATTACHMENT 1**

**PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. A motion has been filed with the Court requesting that the chapter 11 cases of these entities be jointly administered.

| Entity Name | Relationship | District | Date | Case Number |
|---|---|---|---|---|
| Maremont Corporation | Affiliate | District of Delaware | 01/22/2019 | Not Yet Assigned |
| Maremont Exhaust Products, Inc. | Affiliate | District of Delaware | 01/22/2019 | Not Yet Assigned |
| AVM, Inc. | Affiliate | District of Delaware | 01/22/2019 | Not Yet Assigned |
| Former Ride Control Operating Company, Inc. | Affiliate | District of Delaware | 01/22/2019 | Not Yet Assigned |

## CERTIFICATE OF CORPORATE OFFICER

January 21, 2019

I, Carl D. Anderson, II, being a duly elected and authorized officer, as set forth on Exhibit A hereto, of each of the following (each a "**Company**" and, collectively, the "**Companies**"):

A.      Maremont Corporation, a Delaware corporation;

B.      Maremont Exhaust Products, Inc., a Delaware corporation;

C.      AVM, Inc., a South Carolina corporation; and

D.      Former Ride Control Operating Company, Inc., a Delaware corporation

hereby certify as follows:

A.      I am a duly qualified and elected officer of each of the Companies and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Companies;

B.      Attached hereto is a true, correct, and complete copy of the joint resolutions of the boards of directors of each of the Companies, duly adopted and approved on January 21, 2019, in accordance with each Company's corporate organizational documents; and

C.      Such resolutions have not been amended, altered, annulled, rescinded, modified or revoked since their adoption and remain in full force and effect as of the date hereof. There exist no subsequent resolutions relating to the matter set forth in the resolutions attached hereto.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of the 21st day of _____January_____, 2019.

Name: Carl D. Anderson, II

## EXHIBIT A

| Entity | Position |
|---|---|
| Maremont Corporation | Chairman and Sole Officer |
| Maremont Exhaust Products, Inc. | Director and Sole Officer |
| AVM, Inc. | Director and Sole Officer |
| Former Ride Control Operating Company, Inc. | Director and Sole Officer |

### JOINT RESOLUTIONS OF THE BOARDS OF DIRECTORS OF
### MAREMONT CORPORATION, MAREMONT EXHAUST PRODUCTS, INC.,
### AVM, INC. AND FORMER RIDE CONTROL OPERATING COMPANY, INC.

Effective as of this 21st day of January, 2019, pursuant to a joint special meeting (the "**Meeting**") of the boards of directors (each, a "**Board of Directors**" and collectively, the "**Boards of Directors**") of Maremont Corporation ("**Maremont**"), a Delaware corporation, Maremont Exhaust Products, Inc. ("**MEP**"), a Delaware corporation, AVM, Inc., a South Carolina corporation and Former Ride Control Operating Company, Inc. ("**FRCOC**"), a Delaware corporation (collectively, the "**Companies**" and each, a "**Company**"), on the same date, at which a quorum was present, upon a motion duly made and seconded, as applicable, and acting pursuant to each Company's organizational documents, the members of the Boards of Directors constituting at least a majority of the directors of each such Board of Directors then in office took the following actions and adopted the following resolutions:

**WHEREAS**, the Boards of Directors have considered presentations made by, and have reviewed and had the opportunity to ask questions about the materials presented by, the management and the legal and financial advisors of each Company regarding the Companies' asbestos-related liabilities, current and projected financial position, liquidity and prospects of each Company, the strategic alternatives available to it, and the impact of the foregoing on each Company's business;

**WHEREAS**, the Boards of Directors have had the opportunity to consult with the management and the legal and financial advisors of each Company to fully consider, and have considered, the strategic alternatives available to each Company; and

**WHEREAS**, the Boards of Directors desire to approve the following resolutions.

### Commencement of Chapter 11 Cases and Filing of Plan of Reorganization

**NOW, THEREFORE, BE IT RESOLVED**, that the Boards of Directors have determined, after consultation with the management and the legal and financial advisors of each Company, that it is desirable and in the best interests of each Company, its shareholders, creditors, and other parties in interest that petitions be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") by each Company to seek relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to pursue confirmation of a prepackaged chapter 11 plan of reorganization (as such plan may be amended, modified or supplemented from time to time, the "**Plan**"), the form of the Plan which has been presented to each Board of Directors, which have each considered and had the opportunity to ask questions about such Plan; and be it further

**RESOLVED**, that any officer of each Company (each, an "**Authorized Person**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of each Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (collectively, the "**Chapter 11 Filings**") (with such changes therein

and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with each Company's chapter 11 cases (the "**Chapter 11 Cases**") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, consent payments, indemnities, taxes and other expenses such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Cases with a view to the successful prosecution of the Chapter 11 Cases, including the Plan (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

<u>**Retention of Advisors**</u>

**RESOLVED**, that, in connection with the Chapter 11 Cases, any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of each Company, that such Authorized Person deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Cases, with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603, is hereby retained and employed as attorneys for each Company in the Chapter 11 Cases; and be it further

**RESOLVED**, that the law firm of Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, is hereby retained and employed as Delaware attorneys for each Company in the Chapter 11 Cases; and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, consent payments, indemnities, taxes and other expenses such Authorized Person deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing, and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the retention and employment of professionals

contemplated by the foregoing resolutions (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**General**

RESOLVED, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of each Company, to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, indemnities, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

RESOLVED, that any and all past actions heretofore taken by any Authorized Person, any director or any member of each Company in the name and on behalf of such Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and be it further

RESOLVED, that each Board of Directors has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as required by the governance documents of such Company, or hereby waives any right to have received such notice.

*     *     *     *     *

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name <u>Maremont Corporation</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>
(State)

Case number (If known): _____

Check if this is an
amended filing

# Chapter 11 or Chapter 9 Cases:  List of 25 Law Firms With the Largest Number of Representations of Asbestos Claimants

12/15

The following is a consolidated alphabetical list of the twenty-five law firms representing the largest number of asbestos plaintiffs asserting claims against the debtors and debtors in possession (the "Debtors"), based on the number of open and active claims (the "Top Asbestos Counsel List").  Concurrently with this petition, the Debtors have filed a motion seeking authority to file this Top Asbestos Counsel List in lieu of a list of the 20 largest unsecured creditors that would include individual asbestos plaintiffs for each of Maremont Corporation, Maremont Exhaust Products, Inc., AVM, Inc., and Former Ride Control Operating Company, Inc.[1]  This list does not include any person or entity who is an "insider" under section 101(31) of title 11 of the United States Code.  The Top Asbestos Counsel List was prepared with information existing as of January 17, 2019.  The Debtors reserve the right to amend the Top Asbestos Counsel List based on additional information that they may identify.  The information contained in the Top Asbestos Counsel List shall not constitute an admission by, nor shall it be binding on, the Debtors.

| Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Belluck & Fox, LLP 546 Fifth Avenue New York, NY 10036 | Joseph Belluck Tel: (646) 760-5799 Email:  jbelluck@belluckfox.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 2  Brookman, Rosenberg, Brown & Sandler One Penn Square West, 17th Floor Philadelphia, PA 19102 | Laurence H. Brown Tel: (215) 569-4000 Email: lbrown@brbs.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 3  Cooney & Conway 120 North Lasalle Street Chicago, IL 60602 | John Cooney Tel: (800) 322-5573 Email: info@cooneyconway.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 4  Dalton & Associates, P.A. 1106 West Tenth Street Wilmington, DE 19086 | Andrew C. Dalton Tel: (302) 652-2050 Email: adalton@bdaltonlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 5  Early, Lucarelli, Sweeney & Meisenkothen 360 Lexington Avenue New York, NY 10017 | Christopher Meisenkothen Tel: (212) 986-2233 Email: CMEISENKOTHEN@ELSLAW.COM | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 6  Flint Law Firm, LLC 112 Magnolia Drive Glen Carbon, IL 62304 | Ethan A. Flint Tel: (618) 288-4777 Email:  eflint@flintlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |

---

[1] This list is in substantially the same form as Official Bankruptcy Form 204 for chapter 11 cases setting forth the list of creditors, other than insiders, who have the 20 largest unsecured claims against a debtor.

Debtor    Maremont Corporation
          Name

Case number (*if known*) _____

| Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Goldenberg Heller Antognoli & Rowland, PC 2227 South State Route 157 Edwardsville, IL 62025 | Mark C. Goldenberg Tel: (618) 656-5150 Email:  mark@ghalaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 8 | Gori, Julian & Associates, PC 156 N. Main Street Edwardsville, IL 62025 | Randy Gori Tel: (888) 362-6890 Email: randy@gorijulianlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 9 | Kelley & Ferraro, LLP Ernst & Young Tower Cleveland, OH 44113 | James L. Ferraro Tel:  (216) 202-3450 Email: jferraro@kelleyferraro.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 10 | Law Office Of Jeffrey A Varas Post Office Box 886 Hazlehurst, MS 39083 | Jeffrey A. Varas Tel: (601) 894-4088 Fax: (6010 894-4688 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 11 | Law Offices Of Peter G. Angelos, PC 100 N. Charles Street Baltimore, MD 21201 | Peter G. Angelos Tel: (410) 649-2000 Fax: (410) 649-2101 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 12 | Levy Konigsberg LLP 800 Third Avenue New York, NY 10022 | Stanley J. Levy Tel: (212) 605-6200 Fax: (212) 605-6290 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 13 | Lipsitz & Ponterio, LLC 424 Main St., Suite 1500 Buffalo, NY 14202 | John P. Comerford Tel:  (716) 849-0701 Email: jpc@lipsitzponterio.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 14 | Maune Raichle Hartley French & Mudd, LLC 1015 Locus Street, Suite 1200 St. Louis, MO 63101 | T. Barton French Tel: (888) 888-8621 Email: bfrench@mrhfmlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 15 | Michael B. Serling, PC 280 North Old Woodward Avenue Birmingham, MI 48009 | Michael B. Serling Tel: (248) 647-6966 Email: mserling@serlinglaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 16 | Motley Rice LLC 28 Bridgeside Blvd. Mount Pleasant, SC 29465 | Joseph F. Rice Tel: (843) 216-9000 Email:  jrice@motleyrice.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 17 | Napoli Shkolnik PLLC 350 Fifth Avenue, Suite 7413 New York, NY 10018 | Hunter J. Shkolnik Tel: (212) 397-1000 Email:  hunter@napolilaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 18 | O'Brien Law Firm, PC 815 Geyer Avenue St. Louis, MO 63104 | Andrew O'Brien Tel: (314) 588-0558 Email: obrien@obrienlawfirm.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 19 | Porter & Malouf 4465 I-55 North, Suite 301 Jackson, MS 39236 | Patrick C. Malouf Tel: (601) 957-1173 Email: patrick@portermalouf.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |

Debtor    Maremont Corporation
          Name

Case number (*if known*) _____

| Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  Richardson, Patrick, Westbrook & Brickman, LLC Mark Twain Plaza II Edwardsville, IL 62025 | Terry E. Richardson, Jr. Tel: 803-541-7860 Email: trichardson@rpwb.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 21  Shrader & Associates, LLP 3900 Essex Lane, Suite 390 Houston, TX 77027 | Justin Shrader Tel: (618) 370-3225 Email: info@shraderlaw.com Fax: (713) 571-9605 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 22  Simmons Hanly Conroy LLC 707 Berkshire Blvd. East Alton, IL 62024 | Perry J. Browder Tel: 618-259-2222 Email:  pbrowder@simmonsfirm.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 23  SWMW Law, LLC 701 Market St., #1575 St. Louis, MO 63101 | Benjamin Schmickle Tel:  314.480.5180 Email:  ben@swmwlaw.com | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 24  The Ferraro Law Firm 600 Brickell Avenue Miami, FL 33131 | David A. Jagolinzer Tel:  (305) 547-9800 Email: daj@ferrarolaw.com Fax: (305) 379-6222 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |
| 25  Weitz & Luxenberg, P.C. 700 Broadway New York, NY 10003 | Perry Weitz Tel: (212) 558-5500 Email: info@weitzlux.com Fax: (212) 344-5461 | Asbestos Personal Injury | Disputed/ Contingent/ Unliquidated | | | Unliquidated |

**Fill in this information to identify the case and this filing:**

Debtor Name  Maremont Corporation

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule ____*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  Other document that requires a declaration     List of 25 Law Firms with the Largest Number of Representations of Asbestos Claimants

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01 /22 /2019
              MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

Carl D. Anderson, II
Printed name

Chairman and Sole Officer
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name <u>Maremont Corporation</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

      The following is a consolidated list of all known creditors potentially holding unsecured claims against the debtors and debtors in possession (the "<u>Debtors</u>") other than asbestos-related claims (the "<u>Unsecured Creditors List</u>").  Concurrently with this Petition, the Debtors have filed a motion seeking authority to file this Unsecured Creditors List, along with a list of the twenty-five (25) law firms representing the largest numbers of asbestos plaintiffs asserting claims against the Debtors, in lieu of a list of the twenty (20) largest unsecured creditors for each of Maremont Corporation, Maremont Exhaust Products, Inc., AVM, Inc., and Former Ride Control Operating Company, Inc.[1]

      The Unsecured Creditors List has been prepared from the unaudited books and records of the Debtors.  The Unsecured Creditors List reflects estimated amounts owed by the Debtors as of the Petition Date on a consolidated basis.  It was produced from the books and records of the Debtors as of the close of business on January 21, 2019.  The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date.  The Debtors' failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

# Official Form 204

## Chapter 11 or Chapter 9 Cases:  List of Unsecured Creditors  12/15

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Chickasha and Hardage, Oklahoma sites 700 North Industrial Boulevard Chickasha, OK 73018<br><br>Hardage Site Remedy Corporation Trust Spencer Fane LLP 1000 Walnut Street, Suite 1400 Kansas City, MO 64106<br><br>Hardage Site Remedy Corporation Trust 15213 180th Street Lindsay, OK 73052 | Pete Mirakian III, Attorney at Law – Hardage Site Remedy Corporation Trust (816) 292-8158 pmirakian@spencerfane.com<br><br>Mark Kamilow, President and Chairperson Hardage Site Remedy Corporation Trust Hardage information requests: (918) 582-3733 bcostello@nationwideenv.com | Environmental cleanup and monitoring | Unliquidated | | | Unliquidated |
| 2  Delaware Secretary of State Div of Corporations, Franchise Tax and Annual Reports PO Box 898 Dover, DE 19903 | (302) 739-3073 (Option 3) DOSDOC_Ftax@state.de.us | Annual Reports and Franchise Tax | Unliquidated | | | Unliquidated |

[1] This list is in substantially the same form as Official Bankruptcy Form 204 for chapter 11 cases setting forth the list of creditors who have the 20 largest unsecured claims against a debtor, with the exception that this list includes entries for a person or entity who is an "insider" under section 101(31) of title 11 of the United States Code.

Debtor    Maremont Corporation_____    Case number (*if known*) _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3  Easley, South Carolina site – Easley Trust 619 Rolling Hills Circle Easley, SC 29640 McCall Environmental, P.A. 100 Tower Drive, Unit 16 Greenville, South Carolina 29607 | Eugene C. McCall, Jr., Easley Trust Co-Trustee (864) 370-1550 gene@mccallenv.com | Environmental – remedial cleanup and closure | Unliquidated | | | Unliquidated |
| 4  Marion, South Carolina site 144 Tranquil Church Road Mullins, SC 29574 Bureau of Land and Waste Management – Voluntary Cleanup Program South Carolina Department of Health and Environmental Control 2600 Bull Street Columbia, SC 29201 AVM Industries LLC 144 Tranquil Church Road Mullins, SC 29571 | Regan Rahn, Project Manager - Bureau of Land and Waste Management – South Carolina Department of Health and Environmental Control (803) 898-3432 rahnrd@dhec.sc.gov Robert Hodges (803) 896-4069 hodgesrf@dhec.sc.gov Todd Greve, Manager of Engineering and Quality AVM Industries LLC (800) 790-5438 | Environmental – remediation and cleanup | Unliquidated | | | Unliquidated |
| 5  Meritor, Inc. 2135 West Maple Road Troy, MI 48084 | Corporate Secretary (248) 435-1000 april.boise@meritor.com | Intercompany payables – Maremont Exhaust Products, Inc. | | | | $30,000,000 |
| 6  Meritor, Inc. 2135 West Maple Road Troy, MI 48084 | Corporate Secretary (248) 435-1000 april.boise@meritor.com | Intercompany payables – AVM, Inc. | | | | $1,000,000 |
| 7  Meritor, Inc. 2135 West Maple Road Troy, MI 48084 | Corporate Secretary (248) 435-1000 april.boise@meritor.com | Intercompany payables – Former Ride Control Operating Company, Inc. | | | | $134,000,000 |
| 8  Zion, South Carolina site Old Zion School Road Mullins, SC 29574 Bureau of Land and Waste Management – Voluntary Cleanup Program South Carolina Department of Health and Environmental Control 2600 Bull Street Columbia, SC 29201 | South Carolina Department of Health and Environmental Control (803) 898-3432 info@dhec.sc.gov Robert Hodges (803) 896-4069 hodgesrf@dhec.sc.gov | Environmental – remediation and cleanup | Unliquidated | | | Unliquidated |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Maremont Corporation_____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

---

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors
**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B*: Assets–Real and Personal Property (Official Form 206A/B)

☐ *Schedule D*: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ *Schedule E/F*: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ *Schedule G*: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ *Schedule H*: Codebtors (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/22/2019__
MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

Carl D. Anderson, II
Printed name

Chairman and Sole Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MAREMONT CORPORATION, | Case No. 19-_____ (___) |
| Debtor. | |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following list identifies all corporations, other than a governmental unit, which directly or indirectly own 10% or more of any class of equity interests in Maremont Corporation:

| Direct Owner | Indirect Owners |
|---|---|
| Meritor, Inc. | None |

**Fill in this information to identify the case and this filing:**

Debtor Name  Maremont Corporation

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B*: Assets–Real and Personal Property (Official Form 206A/B)

☐ *Schedule D*: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ *Schedule E/F*: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ *Schedule G*: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ *Schedule H*: Codebtors (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration   Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     01/22/2019          x _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Carl D. Anderson, II
Printed name

Chairman and Sole Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MAREMONT CORPORATION, | Case No. 19-_____ (___) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of holders of equity securities of the above-captioned debtor.

| Name and Last Known Address or Place of Business of Holder | Kind of Interest | Percentage of Interest |
|---|---|---|
| Meritor, Inc.<br><br>2135 West Maple Road<br>Troy, MI 48084 | Common Shares | 100% |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Maremont Corporation__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

---

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B*: Assets–Real and Personal Property (Official Form 206A/B)

☐ *Schedule D*: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ *Schedule E/F*: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ *Schedule G*: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ *Schedule H*: Codebtors (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration   __List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __01/22/2019__              x _____
MM / DD / YYYY                  Signature of individual signing on behalf of debtor


                                Carl D. Anderson, II
                                Printed name

                                Chairman and Sole Officer
                                Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**