## Exhibit C

**Solicitation Notice**

# IMPORTANT LEGAL NOTICE

**Please be advised that Maremont Corporation, together with its subsidiaries (the "Prospective Debtors"), are soliciting votes on a proposed prepackaged plan of reorganization (as modified, amended, or supplemented from time to time, the "Plan") from persons asserting personal injury and wrongful death claims allegedly arising from exposure to products manufactured by the Prospective Debtors (as defined more fully in the Plan, the "Asbestos Personal Injury Claims").**

**The Prospective Debtors have not yet commenced chapter 11 cases as of the date hereof. The Prospective Debtors are engaging in a prepetition solicitation of the votes of holders of Asbestos Personal Injury Claims on the Plan. This notice is for solicitation purposes only.**

**PERSONS ENTITLED TO VOTE ON THE PLAN:**
A person may vote on the Plan if such person is the holder of an Asbestos Personal Injury Claim against the Prospective Debtors, or the holder of an Asbestos Personal Injury Claim arising from a right of contribution or indemnification for conduct or products of the Prospective Debtors against certain other parties related to Prospective Debtors, including: Meritor, Inc. ("Meritor") and the affiliates listed on Exhibit H to the Plan.

For a list of the principal former names used by the Prospective Debtors, including discontinued operations, certain predecessors, and entities dissolved or merged into the Prospective Debtors, please see the disclosure statement relating to the Plan, dated December 4, 2018 (the "Disclosure Statement"), and Exhibits F and H to the Plan.

**VOTING DEADLINE:**
To count, a vote must be received by **Donlin, Recano and Company, Inc. (the "Claims, Notice and Balloting Agent")** by **4:00 p.m. prevailing Eastern Time on January 18, 2019.** VOTES NOT RECEIVED BY THIS DEADLINE WILL NOT COUNT. Ballots will not be accepted by telecopy, facsimile or other electronic means, including email.

**Ballots must be signed, dated, and returned to the Claims, Notice and Balloting Agent as follows:**

| **If by First Class Mail:** | **If by Hand Delivery or Overnight Mail:** |
|---|---|
| Donlin, Recano & Company, Inc.<br>**Re: Maremont Corporation, et al.**<br>Attn: Voting Department<br>PO Box 192016 Blythebourne Station<br>Brooklyn, NY 11219 | Donlin, Recano & Company, Inc.<br>**Re: Maremont Corporation, et al.**<br>Attn: Voting Department<br>6201 15th Avenue<br>Brooklyn, NY 11219 |

**INJUNCTIONS:**
**The Plan provides for the issuance of injunctions that will channel all current and future Asbestos Personal Injury Claims as defined in the Plan against the Prospective Debtors and Meritor and its affiliates, among others, to a settlement trust, and will permanently limit the rights of holders of such claims.**

**DIRECTIONS TO OBTAIN DOCUMENTS:**
Copies of the Plan, the Disclosure Statement, the Plan Supplement, once filed, and related documents and other relevant information may be obtained at no charge by visiting the Prospective Debtors' restructuring information website at www.donlinrecano.com/maremont or by contacting the Claims, Notice and Balloting Agent through one of the options listed below.

**DIRECTIONS TO OBTAIN A BALLOT TO VOTE ON THE PLAN OR IF YOU HAVE QUESTIONS:**
To obtain a ballot to vote on the Plan or for questions regarding this notice, please contact the Claims, Notice and Balloting Agent:

| **Telephone Inquiry Line** | (212) 771 1128 and request to speak to a member of the "Solicitation Team" |
|---|---|
| **Email** | DRCVote@donlinrecano.com and reference "Maremont Vote" in the subject line |

| | |
|---|---|
| **Address** | Maremont Corporation Ballot Processing<br>c/o Donlin, Recano and Company, Inc.<br>Attn: Voting Department<br>6201 15th Avenue<br>Brooklyn, NY 11219 |