**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MAREMONT CORPORATION, et al.,[1] | Case No. 19-10118 (KJC) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JANUARY 23, 2019 AT 11:30 A.M. (EASTERN TIME) BEFORE THE HONORABLE KEVIN J. CAREY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801[2]**

**PETITIONS[3]**

1. Voluntary Chapter 11 Petitions
   A. Maremont Corporation [Case No. 19-10118; Filed January 22, 2019]
   B. Maremont Exhaust Products, Inc. [Case No. 19-10119; Filed January 22, 2019]
   C. AVM, Inc. [Case No. 19-10120 Filed; January 22, 2019]
   D. Former Ride Control Operating Company, Inc. [Case No. 19-10121; Filed January 22, 2019]

**FIRST DAY DECLARATION**

2. Declaration of Carl D. Anderson, II in Support of First Day Pleadings [Docket No. 3; Filed January 22, 2019]

**FIRST DAY MOTIONS GOING FORWARD**

3. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 4; Filed January 22, 2019]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Maremont Corporation (6138); Maremont Exhaust Products, Inc. (9284); AVM, Inc. (9285); and Former Ride Control Operating Company, Inc. (f/k/a ArvinMeritor, Inc., a Delaware corporation) (9286). The mailing address for each Debtor for purposes of these chapter 11 cases is 2135 West Maple Road, Troy, MI 48084.

[2] Any party who wishes to attend the hearing telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946) to register his/her telephonic appearance in accordance with the Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.

[3] Copies of the pleading referenced herein may be downloaded free of charge at Donlin, Recano & Company, Inc.'s website at https://www.donlinrecano.com/Clients/mc/Index. or on the Court's website, www.deb.uscourts.gov.

   Status: This matter is going forward.

4. Debtors' Application for Entry of an Order Appointing Donlin, Recano and Company, Inc. as Claims and Noticing Agent, *Nunc Pro Tunc* to the Petition Date [Docket No. 6; Filed January 22, 2019]

   Status: This matter is going forward.

5. Debtors' Motion for Entry of an Order (I) Authorizing the Filing of a List of (A) the Twenty-Five Law Firms Representing the Largest Numbers of Asbestos Plaintiffs Asserting Claims Against the Debtors and (B) the Unsecured Creditors of the Debtors, (II) Authorizing the Listing of Addresses of Counsel for Asbestos Claimants in Creditor Matrix in Lieu of Claimants' Addresses, (III) Approving Notice Procedures for Such Claimants, and (IV) Granting Related Relief [Docket No. 7; Filed January 22, 2019]

   Status: This matter is going forward.

6. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Continue to Use Their Existing Cash Management System, Including Existing Bank Accounts and Business Forms, (II) Authorizing the Continuation of Certain Intercompany Transactions, (III) Waiving the Requirements of Section 345(b) of the Bankruptcy Code on an Interim Basis, and (IV) Granting Related Relief [Docket No. 8; Filed January 22, 2019]

   Status: This matter is going forward.

7. Debtors' Motion for Entry of an Order (I) Scheduling Combined Hearing to Consider Approval of Disclosure Statement and Confirmation of Prepackaged Plan, (II) Establishing the Plan and Disclosure Statement Objection Deadline and Related Procedures, (III) Approving the Solicitation Procedures and Forms of Ballots, (IV) Approving the Form and Manner of Notice of the Combined Hearing, Objection Deadline, and Notice of Commencement, (V) Conditionally Directing that a Meeting of Creditors Not Be Convened, (VI) Conditionally Extending Deadline to File Schedules and Statements, and (VII) Granting Related Relief [Docket No. 9; Filed January 22, 2019]

   Status: This matter is going forward.

Dated: January 22, 2019

SIDLEY AUSTIN LLP
James F. Conlan
Andrew F. O'Neill
Allison Ross Stromberg
Blair M. Warner
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

and

COLE SCHOTZ P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

PROPOSED ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION