# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAREMONT CORPORATION,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 13-2986138 | Chapter 11<br><br>Case No. 19-10118 (KJC) |
| In re:<br><br>MAREMONT EXHAUST PRODUCTS, INC.,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 36-3739284 | Chapter 11<br><br>Case No. 19-10119 (KJC) |
| In re:<br><br>AVM, INC.,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 36-3739285 | Chapter 11<br><br>Case No. 19-10120 (KJC) |
| In re:<br><br>FORMER RIDE CONTROL OPERATING COMPANY, INC.,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 36-3739286 | Chapter 11<br><br>Case No. 19-10121 (KJC) |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of Maremont Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") for entry of an order (this "Order"), pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, (i) directing the joint administration of the Chapter 11 Cases and the consolidation thereof for procedural purposes only and (ii) granting certain related relief; and upon consideration of the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the Motion having been given under the circumstances and it appearing that no other or further notice need be provided other than as set forth in the Motion; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court; and all objections, if any, to the Motion having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED as set forth herein.

---

[1] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

2

2. The Chapter 11 Cases shall be jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and consolidated for procedural purposes only.

3. The Debtors are authorized to use a combined service list and combined notices.

4. The Clerk of the Court shall maintain one file and one docket for the Debtors' jointly administered Chapter 11 Cases, which file and docket shall be the file and docket for the chapter 11 case of Maremont Corporation, Case No. 19-10118 (KJC).

5. All pleadings filed in the Chapter 11 Cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MAREMONT CORPORATION, et al.,[1] | Case No. 19-10118 (KJC) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Maremont Corporation (6138); Maremont Exhaust Products, Inc. (9284); AVM, Inc. (9285); and Former Ride Control Operating Company, Inc. (f/k/a ArvinMeritor, Inc., a Delaware corporation) (9286). The mailing address for each Debtor for purposes of these chapter 11 cases is 2135 West Maple Road, Troy, MI 48084.

6. The Clerk of the Court shall make a docket entry, substantially in the following form, in each of the Debtors' cases, other than the case of Maremont Corporation, to reflect the joint administration of the Chapter 11 Cases:

> An order has been entered in this case in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the following chapter 11 cases: Maremont Corporation, Maremont Exhaust Products, Inc., AVM, Inc., and Former Ride Control

Operating Company, Inc. The docket in the chapter 11 case of Maremont Corporation, Case No. 19-10118 (KJC), should be consulted for all matters affecting this case.

7. The requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) are hereby satisfied.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases, the Debtors, or the Debtors' estates.

9. The Debtors and the Clerk of Court are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 23, 2019
Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE