# SIGN-IN-SHEET

**CASE NAME:** Maremont Corporation
**CASE NO:** 19-10118-KJC
**COURTROOM LOCATION:** 5
**DATE:** January 23, 2019

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Brady | Young Conaway | James Patton, Proposed Future Claimants Representative |
| Edwin Harron | " | " |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Andrew O'Neill | Sidley | Debtor |
| Blair Warner | " | " |
| Dan Shaken | " | " |
| Norman Pernick | Cole Schotz | " |
| Kate Stickles | " | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
#5

Calendar Date: 01/23/2019
Calendar Time: 11:30 AM ET

Amended Calendar  Jan 23 2019  6:34AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Maremont Corporation | 19-10118 | Hearing | 9563822 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Maremont Corporation | 19-10118 | Hearing | 9563849 | Brett Eilander | (888) 725-9355 ext. | Meritor | Creditor, Meritor / LIVE |
| | | Maremont Corporation | 19-10118 | Hearing | 9562685 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Maremont Corporation | 19-10118 | Hearing | 9562342 | Alex R. Rovira | (212) 839-5989 ext. | Sidley Austin LLP | Debtor, Maremont Corporation / LIVE |
| | | Maremont Corporation | 19-10118 | Hearing | 9562357 | Joe Schomberg | (312) 853-7207 ext. | Sidley Austin LLP | Debtor, Maremont Corporation / LIVE |
| | | Maremont Corporation | 19-10118 | Hearing | 9562368 | Ariella Simonds | (213) 896-6686 ext. | Sidley Austin LLP | Debtor, Maremont Corporation / LIVE |
| | | Maremont Corporation | 19-10118 | Hearing | 9562391 | Christopher K. Whelan | (212) 837-6000 ext. | Hughes Hubbard & Reed LLP | Interested Party, Christopher K. Whelan / LISTEN ONLY |