**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| **Maremont Corporation,** *et al.,* | : | Case No. 19-10118 (KJC) |
| | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **NOTICE OF APPOINTMENT OF** |
| ---------------------------------- | : | **COMMITTEE OF ASBESTOS** |
| | | **PERSONAL INJURY** |
| | | **CLAIMANTS** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following persons are hereby appointed to the Committee of Asbestos Personal Injury Claimants in connection with the above captioned cases:

1. Michael Shabla c/o Simmons Hanly Conroy, One Court Street, Alton, IL 62002; Tel: 618-259-2222; Fax: 618-259-2251.

2. Dennis Peltier c/o Gori Julian & Associates, PC, 156 North Main Street, Edwardsville, IL 62025; Tel: 618-659-9833; Fax: 618-659-9834.

3. Steven R. Farmer c/o Cooney & Conway, 120 N. LaSalle, #3000, Chicago, IL 60602; Tel: 312-236-6166; Fax: 312-236-3029.

4. Julius C. Boerschinger c/o MRHFM Law Firms, 1015 Locust Street, Suite 1200, Saint Louis MO 63101; Tel: 314-241-2003; Fax: 314-241-4838.

5. James Allen c/o Belluck & Fox, 546 Fifth Avenue, New York, NY 10036; Tel: 212-681-1575; Fax: 212-681-1574.

        **ANDREW R. VARA**
        **ACTING UNITED STATES TRUSTEE**
        **REGION 3**

        */s/ Richard L. Schepacarter for*
        T. PATRICK TINKER
        Assistant United States Trustee

DATED: February 4, 2019

U.S. Trustee Trial Attorney: Richard L. Schepacarter, Esquire, Phone: 302-573-6491; Fax: 302-573-6497.
Debtors' Counsel: Kate Stickles, Phone: 302-652-3131; Fax: 302-574-2101.