**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re Maremont Corporation, et al.

Case No. 19-10118 (KJC)
Reporting Period: January 22, 2019 - March 3, 2019

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | | Yes | |
| Cash disbursements journals | | | Yes | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | No | N/A | |
| Copies of IRS Form 6123 or payment receipt | | | N/A | |
| Copies of tax returns filed during reporting period | | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR-4 | No | N/A | |
| Listing of aged accounts payable | MOR-4 | No | N/A | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | No | N/A | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

N/A
Signature of Debtor                                    Date

N/A
Signature of Joint Debtor                              Date

_[signature]_                                          3-20-19
Signature of Authorized Individual                     Date

Carl Anderson                                          Chairman of the Board and Sole Officer
Printed Name of Authorized Individual                  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re Maremont Corporation, et al.

Case No. 19-10118 (KJC)
Reporting Period: January 22, 2019 - March 3, 2019

**Notes to MOR:**

The Debtors affirm that bank statements and cash disbursement journals are maintained for the two bank accounts. The bank statements and cash disbursement journals will be provided upon request.

The Debtors affirm that they are current on all postpetition taxes. No tax returns including IRS Form 6123 were filed during the reporting period.

In re Maremont Corporation, et al.
Debtor

Case No. 19-10118 (KJC)
Reporting Period: January 22, 2019 - March 3, 2019

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| (000's) | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | OPER. | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 1,091 | 54 | | | 1,145 | 1,329 | 1,145 | 1,329 |
| RECEIPTS | | | | | | | | |
| CASH SALES | | | | | | | | |
| INSURANCE RECOVERIES | | 1,395 | | | 1,395 | 1,211 | 1,395 | 1,211 |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (INVESTMENT INCOME)* | | | | | | 15 | | 15 |
| TOTAL RECEIPTS | | 1,395 | | | 1,395 | 1,226 | 1,395 | 1,226 |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | 65 | -1 | | | 65 | 65 | 65 | 65 |
| SELLING | | | | | | | | |
| OTHER (ENVIRONMENTAL) | | | | | | 10 | | 10 |
| TRANSFERS | 1,449 | -1,449 | | | | | | |
| PROFESSIONAL FEES | 31 | | | | 31 | 30 | 31 | 30 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 96 | -1 | | | 95 | 105 | 95 | 105 |
| NET CASH FLOW | 96 | -1 | | | 1,300 | 1,121 | 1,300 | 1,121 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 2,444 | -1 | | | 2,443 | 2,450 | 2,443 | 2,450 |

* RENTAL INVESTMENT PROJECTION INCLUDED FEBRUARY CHECK AND MARCH RECEIPTS; THE FEBRUARY RECEIPT WAS INADVERTENTLY DEPOSITED BY MERITOR, BUT WAS RECORDED TO MAREMONT THROUGH AN INCREASE IN THE INTERCOMPANY LOAN BALANCE RECEIVABLE; THE MARCH RECEIPT WAS RECEIVED AND RECORDED IN MARCH.

#### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 95 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 95 |

FORM MOR-1
(04/07)

In re Maremont Corporation, et al.  
Debtor

Case No.: 19-10118 (KJC)  
Reporting Period: January 22, 2019 - March 3, 2019

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating #XXXXXX3242 | | Payroll # | | Tax # | | Operating #XXXXX3536 | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | (715.62) | | | | | | 2,444,355.85 | |
| BANK BALANCE | - | | | | | | 2,444,355.85 | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | 715.62 | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | (715.62) | | | | | | 2,444,355.85 | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| Harvey Kruse P.C. | 857 | 139.66 | | | | | | |
| Harvey Kruse P.C. | 2303 | 9.70 | | | | | | |
| Tucker Ellis LLP | 3111 | 1.26 | | | | | | |
| Brogan, Donovan Reporting, PC | 3597 | 565.00 | | | | | | |
| **Total** | | **715.62** | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1a  
(04/07)

In re Maremont Corporation, et al.
Debtor

Case No. 19-10118 (KJC)
Reporting Period: January 22, 2019 - March 3, 2019

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month (000's)

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Donlin Recano & Company | | 31 | Maremont Corporation | EFT | 2/14/2019 | | 17 | | 17 |
| Donlin Recano & Company | | 31 | Maremont Corporation | EFT-Retainer | 2/14/2019 | | 14 | | 14 |

FORM MOR-1b
(04/07)

In re Maremont Corporation, et al.  
        Debtor

Case No.               19-10118 (KJC)  
Reporting Period:    January 22, 2019 - March 3, 2019

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.**

**Excludes accrual for estimated professional fees for period January 22, 2019 - March 3, 2019 (estimated at ~$1M) as such fees have not yet been applied for or approved by the Court.

| (000's) REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less: Returns and Allowances | | |
| Net Revenue | - | - |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | - | - |
| Gross Profit | - | - |
| **OPERATING EXPENSES** | | |
| Advertising | 61 | 61 |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Shared Services Fees | 20 | 20 |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | 4 | 4 |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | 85 | 85 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | (85) | (85) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense/(Income) | (5) | (5) |
| Intercompany Interest Expense / (Income) | (71) | (71) |
| Other Expense/ Income - Rental Income | 12 | 12 |
| Net Profit (Loss) Before Reorganization Items | (21) | (21) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees** | (17) | (17) |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | (17) | (17) |
| Income Taxes | | |
| Net Profit (Loss) | (37) | (37) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Excludes accrual for estimated professional fees for period January 22, 2019 - March 3, 2019 (estimated at ~$1M) as such fees have not yet been applied for or approved by the Court.

In re Maremont Corporation, et al.
           Debtor

Case No. 19-10118 (KJC)
Reporting Period: January 22, 2019 - March 3, 2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.** Pre-petition liabilities must be classified separately from postpetition obligations.

**Excludes accrual for estimated professional fees for period January 22, 2019 - March 3, 2019 (estimated at ~$1M) as such fees have not yet been applied for or approved by the Court.

| (000's) ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | 2,444 | 1,090 |
| Cash - Pace | (1) | 54 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses - Miscellaneous | | |
| Professional Retainers | 383 | 369 |
| Assets Held for Sale | 1,380 | 1,395 |
| Other Current Assets (attach schedule) | | |
| **TOTAL CURRENT ASSETS** | 4,207 | 2,908 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| **TOTAL PROPERTY & EQUIPMENT** | - | - |
| **OTHER ASSETS** | | |
| Intercompany Loans Rec LT | 19,514 | 19,526 |
| Intercompany Interest Rec LT | 411 | 340 |
| Other Assets (attach schedule) | | |
| **TOTAL OTHER ASSETS** | 19,924 | 19,866 |
| **TOTAL ASSETS** | 24,132 | 22,774 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| AP Vouchered Invoices | | |
| Unaudited Invoices and Accruals** | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| **TOTAL POSTPETITION LIABILITIES** | - | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Unaudited Invoices and Accruals | 70 | - |
| Environmental Remediation Reserve | 901 | 971 |
| Special Items Reserve- Asbestos | 52,581 | 51,187 |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| **TOTAL PRE-PETITION LIABILITIES** | 53,552 | 52,158 |
| **TOTAL LIABILITIES** | 53,552 | 52,158 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Equity Changes - Cumulative Dividends - Beginning of year | 26,033 | 26,033 |
| Subsidiary Dividends Declared Common Stock | (38,980) | (38,980) |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Retained Earnings - Opening Balance | (45,252) | (45,252) |
| Retained Earnings - Current Year** | 30,945 | 30,982 |
| Adjustments to Owner Equity (attach schedule) | | |
| Foreign Currency Translation Adjustment | (2,167) | (2,167) |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| **NET OWNER EQUITY** | (29,421) | (29,384) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 24,132 | 22,774 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re AVM, Inc.
Debtor

Case No. 19-10118 (KJC)
Reporting Period: January 22, 2019 - March 3, 2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| (000's) ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | | |
| Cash - Pace | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses - Miscellaneous | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | - | - |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | - | - |
| **OTHER ASSETS** | | |
| Intercompany Loans Rec LT | | |
| Intercompany Interest Rec LT | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | - | - |
| **TOTAL ASSETS** | - | - |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| AP Vouchered Invoices | | |
| Unaudited Invoices and Accruals | - | - |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Intercompany Cash Pool | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | - | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Environmental Remediation Reserve | 614 | 614 |
| Intercompany Cash Pool | 536 | 536 |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | 1,149 | 1,149 |
| **TOTAL LIABILITIES** | 1,149 | 1,149 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Equity Changes - Cumulative Dividends - Beginning of year | - | - |
| Subsidiary Dividends Declared Common Stock | (26,033) | (26,033) |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Retained Earnings - Opening Balance | 24,883 | 24,883 |
| Retained Earnings - Current Year | - | - |
| Adjustments to Owner Equity (attach schedule) | | |
| Foreign Currency Translation Adjustment | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | (1,149) | (1,149) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | (0) | 0 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re Maremont Exhaust Products, Inc.
                Debtor

Case No. 19-10118 (KJC)
Reporting Period: January 22, 2019 - March 3, 2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| (000's) ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | | |
| Cash - Pace | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses - Miscellaneous | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| **TOTAL CURRENT ASSETS** | - | - |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| **TOTAL PROPERTY & EQUIPMENT** | - | - |
| **OTHER ASSETS** | | |
| Intercompany Loans Rec LT | | |
| Intercompany Interest Rec LT | | |
| Other Assets (attach schedule) | | |
| **TOTAL OTHER ASSETS** | - | - |
| **TOTAL ASSETS** | - | - |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| AP Vouchered Invoices | | |
| Unaudited Invoices and Accruals | - | - |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Intercompany Cash Pool | | |
| Other Postpetition Liabilities (attach schedule) | | |
| **TOTAL POSTPETITION LIABILITIES** | - | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Intercompany Cash Pool | 30,110 | 30,110 |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| **TOTAL PRE-PETITION LIABILITIES** | 30,110 | 30,110 |
| **TOTAL LIABILITIES** | 30,110 | 30,110 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Equity Changes - Cumulative Dividends - Beginning of year | - | - |
| Subsidiary Dividends Declared Common Stock | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Retained Earnings - Opening Balance | (33,314) | (33,314) |
| Retained Earnings - Current Year | - | - |
| Adjustments to Owner Equity (attach schedule) | | |
| Foreign Currency Translation Adjustment | (1,214) | (1,214) |
| External Foreign currency Translation Adjustments | 4,417 | 4,417 |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| **NET OWNER EQUITY** | (30,110) | (30,110) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 0 | 0 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re Former Ride Control Operating Company, Inc.
Debtor

Case No. 19-10118 (KJC)
Reporting Period: January 22, 2019 - March 3, 2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| (000's) ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash | | |
| Cash - Pace | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses - Miscellaneous | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | - | - |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | - | - |
| **OTHER ASSETS** | | |
| Intercompany Loans Rec LT | | |
| Intercompany Interest Rec LT | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | - | - |
| **TOTAL ASSETS** | - | - |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| AP Vouchered Invoices | | |
| Unaudited Invoices and Accruals | - | - |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Intercompany Cash Pool | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | - | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Environmental Remediation Reserve | 521 | 521 |
| Intercompany Cash Pool | 134,371 | 134,371 |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | 134,892 | 134,892 |
| **TOTAL LIABILITIES** | 134,892 | 134,892 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Stockholders' Equity Common Stock One Dollar Par Value Issued | (8,504) | (8,504) |
| Additional paid In Capital Meritor Common Stock | (877) | (877) |
| Common Stock Subsidiary | 1 | 1 |
| Additional paid in Capital Subsidiaries | 28,307 | 28,307 |
| Equity In Cumulative - Net Income Loss  Opening Balance | 9 | 9 |
| Subsidiary Dividends Declared Common Stock | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Retained Earnings - Opening Balance | (153,828) | (153,828) |
| Retained Earnings - Current Year | - | - |
| Adjustments to Owner Equity (attach schedule) | | |
| Foreign Currency Translation Adjustment | - | - |
| External Foreign currency Translation Adjustments | - | - |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | (134,892) | (134,892) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | (0) | (0) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re Maremont Corporation, et al.
   Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

### N/A

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |