# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6684

Writer's E-Mail
jpatton@ycst.com

Unknown

| | |
|---|---|
| Invoice Date: | March 26, 2019 |
| Invoice Number: | 50003569 |
| Matter Number: | 076815.1001 |

Re:  Maremont Corporation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 209,690.00 |
| Disbursements | $ | 1,111.86 |
| Total Due This Invoice | $ | 210,801.86 |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | March 26, 2019 |
| Invoice Number: | 50003569 |
| Matter Number: | 076815.1001 |

**Time Detail**

**Task Code:** B001    Case Administration

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/22/19 | RBRAD | Review notice of filing and related correspondence re: judge assignment and time of first day hearing | 0.30 | 975.00 | 292.50 |
| 01/22/19 | RBRAD | Review notice of hearing and agenda for first day hearing | 0.10 | 975.00 | 97.50 |
| 01/24/19 | CCATH | Download and circulate new pleadings | 0.90 | 285.00 | 256.50 |
| 01/24/19 | CCATH | Prepare critical dates calendar | 0.40 | 285.00 | 114.00 |
| 01/28/19 | CCATH | Circulate critical dates calendar | 0.10 | 285.00 | 28.50 |
| 01/29/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 01/29/19 | LEDEN | Review incoming correspondence and pleadings; update electronic files re: same | 0.10 | 285.00 | 28.50 |
| 01/31/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/01/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/04/19 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 285.00 | 28.50 |
| 02/04/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/05/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/05/19 | CCATH | Update critical dates calendar | 0.10 | 285.00 | 28.50 |
| 02/06/19 | LEDEN | Review incoming correspondence; update electronic files re: same | 0.10 | 285.00 | 28.50 |
| 02/07/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/08/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/08/19 | CCATH | Update critical dates calendar | 0.10 | 285.00 | 28.50 |
| 02/11/19 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 285.00 | 28.50 |
| 02/11/19 | RBRAD | Review updated critical dates calendar | 0.10 | 975.00 | 97.50 |
| 02/13/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/14/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/15/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/18/19 | EHARR | Review case calendar | 0.10 | 905.00 | 90.50 |
| 02/18/19 | RBRAD | Review updated critical dates calendar | 0.10 | 975.00 | 97.50 |
| 02/18/19 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 285.00 | 28.50 |
| 02/19/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/20/19 | CCATH | Download and circulate new pleadings | 0.30 | 285.00 | 85.50 |
| 02/21/19 | CCATH | Update critical dates calendar | 0.10 | 285.00 | 28.50 |
| 02/21/19 | LEDEN | Review incoming pleadings and correspondence | 0.10 | 285.00 | 28.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
|---|---|---|
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/21/19 | CCATH | Download and circulate new pleadings | 0.40 | 285.00 | 114.00 |
| 02/22/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/22/19 | JSAZA | Research re: FCR appointment | 0.70 | 340.00 | 238.00 |
| 02/25/19 | CCATH | Prepare and circulate critical dates calendar | 0.10 | 285.00 | 28.50 |
| 02/26/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/26/19 | LEDEN | Review incoming correspondence; update electronic files re: same | 0.10 | 285.00 | 28.50 |
| 02/27/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| 02/28/19 | CCATH | Download and circulate new pleadings | 0.10 | 285.00 | 28.50 |
| | | **Total** | **6.10** | | **2,253.00** |

**Task Code:** B002    Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/23/19 | EHARR | Prepare for (.3) and attend (1.2) first day hearing | 1.50 | 905.00 | 1,357.50 |
| 01/23/19 | RBRAD | Prepare for and attend first day hearing (1.3); follow up conference with J. Patton and E. Harron re: strategy for addressing UST issues (.8) | 2.10 | 975.00 | 2,047.50 |
| 02/10/19 | EHARR | Prepare for hearing on Patton appointment | 0.40 | 905.00 | 362.00 |
| 02/12/19 | EHARR | Call with S. Zieg and S. Kohut re: preparation for hearing on FCR appointment motion | 0.50 | 905.00 | 452.50 |
| 02/19/19 | JKOCH | Review materials re: FCR appeal hearing preparation | 2.70 | 325.00 | 877.50 |
| 02/20/19 | RBRAD | Correspondence with E. Harron and S. Kohut re: preparation for argument on FCR appointment motion | 0.40 | 975.00 | 390.00 |
| 02/20/19 | JKOCH | Assist with preparation for FCR hearing | 4.90 | 325.00 | 1,592.50 |
| 02/21/19 | CCATH | Assemble materials for 2/25/19 hearing | 1.00 | 285.00 | 285.00 |
| 02/21/19 | JKOCH | Assist with preparation for FCR hearing | 3.20 | 325.00 | 1,040.00 |
| 02/21/19 | JPATT | Prepare for hearing on appointment motion | 3.50 | 1,325.00 | 4,637.50 |
| 02/21/19 | RBRAD | Conference with J. Patton and YCST team re: preparation for hearing on FCR appointment motion | 1.90 | 975.00 | 1,852.50 |
| 02/22/19 | CCATH | Set up telephonic appearances at 2/25/19 hearing | 0.20 | 285.00 | 57.00 |
| 02/22/19 | CCATH | Finalize materials for 2/25/19 hearing | 0.10 | 285.00 | 28.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
|---|---|---|
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/19 | RBRAD | Prepare for Court status conference (.2); attend telephonic Court status conference (.5); follow-up discussion with E. Harron re: same (.2) | 0.90 | 975.00 | 877.50 |
| | | **Total** | **23.30** | | **15,857.50** |

**Task Code:**    B008        Meetings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/19 | EHARR | Lunch meeting with J. Patton and R. Brady re: hearing follow-up (billed at 1/2 time) | 0.50 | 905.00 | 452.50 |
| 02/01/19 | EHARR | Meet with S. Kohut and S. Zieg re: preparation for hearing on FCR motion | 0.50 | 905.00 | 452.50 |
| 02/06/19 | EHARR | Meet with S. Kohut re: preparation for hearing on Patton appointment | 0.30 | 905.00 | 271.50 |
| 02/15/19 | EJUST | Meet with E. Harron re: exclusivity research | 0.10 | 485.00 | 48.50 |
| 02/15/19 | EHARR | Meet with E. Justison re: response to UST's FCR objection | 0.20 | 905.00 | 181.00 |
| 02/21/19 | SZIEG | Attend meeting re: hearing on FCR appointment motion (2.8); preparation for same (.4); address follow-up issues re: same (.7) | 3.90 | 785.00 | 3,061.50 |
| 02/21/19 | SKOHU | Attend preparation meeting with J. Patton and team re: FCR appointment hearing | 2.80 | 600.00 | 1,680.00 |
| 02/28/19 | EHARR | Meet with J. Patton re: FCR hearing preparation | 0.30 | 905.00 | 271.50 |
| 02/28/19 | EHARR | Meet with S. Zieg and S. Kohut re: FCR hearing preparation | 1.00 | 905.00 | 905.00 |
| 02/28/19 | JPATT | Meet re: FCR appointment | 0.50 | 1,325.00 | 662.50 |
| | | **Total** | **10.10** | | **7,986.50** |

**Task Code:**    B012        Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/19 | RBRAD | Correspondence with Sidley and Robinson Cole re: scheduling combined hearing on disclosure statement and plan confirmation | 0.20 | 975.00 | 195.00 |
| 01/29/19 | RBRAD | Review correspondence from Sidley and review plan re: plan supplement | 0.30 | 975.00 | 292.50 |
| 02/04/19 | RBRAD | Correspondence re: Committee formation and related issues | 0.30 | 975.00 | 292.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
|---|---|---|
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/04/19 | EJUST | Draft memo re: rejection of Zurich and Everest agreements | 3.70 | 485.00 | 1,794.50 |
| 02/04/19 | EHARR | Emails with A. O'Neill re: insurer negotiations | 0.30 | 905.00 | 271.50 |
| 02/05/19 | RBRAD | Conference call with Sidley re: plan supplement; insurer plan treatment and preparation for confirmation (.6); follow-up discussion with E. Harron re: same (.2); review draft cooperation agreement and correspondence with E. Harron and S. Kohut re: same (.5) | 1.30 | 975.00 | 1,267.50 |
| 02/05/19 | SKOHU | Review and revise draft records cooperation agreement | 0.60 | 600.00 | 360.00 |
| 02/05/19 | EJUST | Draft memo re: rejection of Zurich and Everest agreements | 2.70 | 485.00 | 1,309.50 |
| 02/05/19 | EHARR | Review draft cooperation agreement and email to ACC counsel re: same | 0.70 | 905.00 | 633.50 |
| 02/05/19 | EHARR | Call with Sidley and R. Brady re: plan issues and plan supplement | 0.60 | 905.00 | 543.00 |
| 02/06/19 | JHUGH | Review charter and bylaws and make additional comments and add provisions | 2.80 | 975.00 | 2,730.00 |
| 02/06/19 | JHUGH | Memo to E. Harron re: charter and bylaws | 0.10 | 975.00 | 97.50 |
| 02/06/19 | LEDEN | Research and obtain documents from various asbestos trusts re: Medicare language | 0.30 | 285.00 | 85.50 |
| 02/06/19 | SZIEG | Review pertinent documents re: potential revisions to trust agreement (.3); correspondence with T. Pakrouh re: same (.2) | 0.50 | 785.00 | 392.50 |
| 02/06/19 | JHUGH | Review memo from E. Harron re: bylaws and charter | 0.10 | 975.00 | 97.50 |
| 02/06/19 | RBRAD | Review reports re: status of asserted asbestos-related claims and correspondence with A. O'Neill re: same | 0.30 | 975.00 | 292.50 |
| 02/06/19 | TPAKR | Correspondence with S. Zieg re: potential revisions to trust agreement (.1); Correspondence with M. Milana , J. Kochenash, and B. Gordon re: same (.1); confer with M. Milana re: same (.2) | 0.40 | 400.00 | 160.00 |
| 02/06/19 | SKOHU | Emails re: records cooperation agreement | 0.10 | 600.00 | 60.00 |
| 02/06/19 | RBRAD | Review update on Zurich negotiations re: plan treatment | 0.20 | 975.00 | 195.00 |
| 02/06/19 | JHUGH | Review YCST template bylaw and charter provisions | 0.40 | 975.00 | 390.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
|---|---|---|
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/06/19 | TBUCH | Research related to confirmation of asbestos pre-packs | 1.10 | 530.00 | 583.00 |
| 02/06/19 | MMILA | Confer with T. Pakrouh re: analysis of potential revisions to trust agreement | 0.10 | 275.00 | 27.50 |
| 02/07/19 | RBRAD | Review correspondence with Committee re: cooperation agreement and other plan supplement documents (.2); conference with E. Harron re: same (.1) | 0.30 | 975.00 | 292.50 |
| 02/07/19 | LEDEN | Research and obtain documents re: product exposure per attorney request | 0.30 | 285.00 | 85.50 |
| 02/07/19 | EHARR | Emails with Debtor's counsel and ACC's counsel re: draft records cooperation agreement | 0.20 | 905.00 | 181.00 |
| 02/07/19 | CCATH | TDP research per request of S. Zieg | 0.20 | 285.00 | 57.00 |
| 02/07/19 | SKOHU | Analyze draft records cooperation agreement per E. Harron comment | 0.90 | 600.00 | 540.00 |
| 02/07/19 | MMILA | Confer with S. Zieg and T. Pakrouh re: analysis of potential revisions to trust agreement | 0.20 | 275.00 | 55.00 |
| 02/08/19 | SKOHU | Correspondence to L. Krepto re: trust billing guidelines | 0.10 | 600.00 | 60.00 |
| 02/08/19 | CCATH | Research re: Medicare language per request of M. Milana | 0.10 | 285.00 | 28.50 |
| 02/08/19 | TPAKR | Confer with M. Milana re: plan revision issues (.5); Correspondence with M. Milana re:same (.1) | 0.60 | 400.00 | 240.00 |
| 02/08/19 | MMILA | Analysis of potential revisions to trust agreement | 1.10 | 275.00 | 302.50 |
| 02/08/19 | MMILA | Confer with T. Pakrouh re: analysis of potential revisions to trust agreement | 0.30 | 275.00 | 82.50 |
| 02/08/19 | RBRAD | Review resume of Sherman Edmiston re: proposed director for Reorganized Debtor and related correspondence | 0.20 | 975.00 | 195.00 |
| 02/08/19 | MMILA | Call with T. Pakrouh re: analysis of potential revisions to trust agreement | 0.30 | 275.00 | 82.50 |
| 02/10/19 | TPAKR | Review and revise chart: trust revisions (2.0); Correspondence with M. Milana re: same (.1) | 2.10 | 400.00 | 840.00 |
| 02/11/19 | CCATH | Research re: Medicare language per request of M. Milana | 0.10 | 285.00 | 28.50 |
| 02/11/19 | SKOHU | Analyze Sidley comments on draft cooperation agreement | 0.20 | 600.00 | 120.00 |
| 02/11/19 | SKOHU | Analyze Committee comments on cooperation agreement | 0.20 | 600.00 | 120.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: March 26, 2019
Invoice Number: 50003569
Matter Number: 076815.1001

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/11/19 | TPAKR | Correspondence with M. Milana and C. Cathcart re: plan/trust revisions issues (.1); review and revise memo on same (.6); email Correspondence with S. Zieg re: same (.1) | 0.80 | 400.00 | 320.00 |
| 02/11/19 | EHARR | Emails re: edits to plan exhibits | 0.20 | 905.00 | 181.00 |
| 02/12/19 | JHUGH | Follow up emails from co-counsel and E. Harron re: corporate documents | 0.10 | 975.00 | 97.50 |
| 02/12/19 | RBRAD | Review charter and by-laws and J. Hughes comments re: same | 0.40 | 975.00 | 390.00 |
| 02/12/19 | EHARR | Emails re: edits to plan exhibits | 0.30 | 905.00 | 271.50 |
| 02/12/19 | SKOHU | Analyze revisions to records cooperation agreement | 0.10 | 600.00 | 60.00 |
| 02/12/19 | JHUGH | Review memo and attachment from E. Harron re: corporate document;s review memo from Sidley re: plan supplement | 0.30 | 975.00 | 292.50 |
| 02/12/19 | RBRAD | Review Debtors' comments to cooperation agreement and correspondence with UCC re: same (.3); review correspondence with Debtors re: same and revised draft of agreement (.3) | 0.60 | 975.00 | 585.00 |
| 02/13/19 | EHARR | Emails re: edits to cooperation agreement | 0.40 | 905.00 | 362.00 |
| 02/13/19 | RBRAD | Continue review of plan supplement documents and corresponding plan provisions and multiple correspondence with E. Harron, S. Kohut, A. Stromberg, A. O'Neill, and M. Fink re: same | 1.80 | 975.00 | 1,755.00 |
| 02/13/19 | RBRAD | Conference call with Sidley and Kasowitz re: document cooperation agreement and universe/location of documents and draft memo re: same | 0.70 | 975.00 | 682.50 |
| 02/14/19 | RBRAD | Conference with E. Harron re: plan supplement documents and correspondence with Sidley re: same (.3); conference with Natalie Ramsey re: same (.1) | 0.40 | 975.00 | 390.00 |
| 02/15/19 | RBRAD | Review final plan supplement filed with Court | 0.30 | 975.00 | 292.50 |
| 02/15/19 | TBUCH | Research related to confirmation of asbestos pre-packs | 2.80 | 530.00 | 1,484.00 |
| 02/15/19 | EJUST | Research re: exclusivity | 0.60 | 485.00 | 291.00 |
| 02/15/19 | EHARR | Emails re: finalizing plan supplement | 0.50 | 905.00 | 452.50 |
| 02/15/19 | JKOCH | Research re: pre-packs | 2.40 | 325.00 | 780.00 |
| 02/16/19 | JKOCH | Research re: pre-packs | 1.50 | 325.00 | 487.50 |
| 02/17/19 | JKOCH | Research re: pre-packs | 2.00 | 325.00 | 650.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | |
|---|---|---|---|---|---|
| | | Invoice Date: | | | March 26, 2019 |
| | | Invoice Number: | | | 50003569 |
| | | Matter Number: | | | 076815.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/17/19 | EJUST | Research and draft insert re: exclusivity | 2.90 | 485.00 | 1,406.50 |
| 02/18/19 | EHARR | Review draft plan language and emails re: same re: insurance issues | 0.20 | 905.00 | 181.00 |
| 02/18/19 | EJUST | Discuss exclusivity insert with E. Harron | 0.10 | 485.00 | 48.50 |
| 02/18/19 | RBRAD | Review and consider draft plan language re: Zurich insurance settlement (.2); correspondence with E. Harron re: same (.1) and correspondence with Sidley re: same (.1) | 0.40 | 975.00 | 390.00 |
| 02/18/19 | EJUST | Draft insert re: exclusivity for response to UST objection to Patton appointment | 1.70 | 485.00 | 824.50 |
| 02/18/19 | TBUCH | Research related to confirmation of asbestos pre-packs | 2.20 | 530.00 | 1,166.00 |
| 02/18/19 | RBRAD | Review and comment on draft insert to reply brief re: UST objection to FCR appointment and related correspondence (2x) (.8); review materials, research and support for reply brief (1.3) | 2.10 | 975.00 | 2,047.50 |
| 02/19/19 | RBRAD | Conference call with Andy O'Neill, E. Harron and S. Kohut re: response to UST objection to FCR appointment motion | 0.50 | 975.00 | 487.50 |
| 02/19/19 | LEDEN | Begin research re: audit and cross-trust audit procedures, per attorney request | 1.00 | 285.00 | 285.00 |
| 02/19/19 | JPATT | Review plan, trust agreement and TDP re: UST issues | 2.10 | 1,325.00 | 2,782.50 |
| 02/19/19 | RBRAD | Review and consider correspondence from R. Schepacarter re: notice of emergency motion of the UST to appoint a legal representative for future claimants (.2); conference call with A. O'Neill and E. Harron re: same (.3); review local rules re: same (.2); follow up strategy conferences with E. Harron re: same (.4) | 1.10 | 975.00 | 1,072.50 |
| 02/19/19 | RBRAD | Review and comment on draft response to UST objection to FCR appointment and conference with E. Harron re: same | 0.90 | 975.00 | 877.50 |
| 02/19/19 | TBUCH | Research related to confirmation of asbestos pre-packs | 1.90 | 530.00 | 1,007.00 |
| 02/20/19 | LEDEN | Research re: audit and cross-trust audit procedures, per attorney request | 5.70 | 285.00 | 1,624.50 |
| 02/20/19 | RBRAD | Review and consider revised response to UST objection to FCR appointment motion and correspondence to E. Harron and S. Kohut re: same | 0.70 | 975.00 | 682.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | March 26, 2019 |
| Invoice Number: | | 50003569 |
| Matter Number: | | 076815.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/20/19 | EJUST | Research re: motions to shorten and email to R. Brady re: same | 0.60 | 485.00 | 291.00 |
| 02/21/19 | CCATH | TDP research per request of S. Zieg | 0.10 | 285.00 | 28.50 |
| 02/21/19 | SZIEG | Attend meeting re: hearing on FCR appointment motion (2.8); preparation for same (.4); address follow up issues re: same (.7) | 1.00 | 785.00 | 785.00 |
| 02/22/19 | RBRAD | Review draft plan objection sent by FFIC | 0.50 | 975.00 | 487.50 |
| 02/26/19 | EHARR | Call with Debtor and ACC counsel re: preparation for FFIC negotiations | 0.70 | 905.00 | 633.50 |
| 02/26/19 | CCATH | Research and prepare chart re: trusts that require a filing fee | 1.80 | 285.00 | 513.00 |
| 02/26/19 | RBRAD | Research plan issues for FFIC negotiations (1.2) and conference with E. Harron re: same (.3) | 1.50 | 975.00 | 1,462.50 |
| 02/27/19 | CCATH | Research and prepare chart re: trusts that require a filing fee | 0.50 | 285.00 | 142.50 |
| 02/27/19 | RBRAD | Conference call with Sidley and Robinson Cole re: preparation for FCR appointment and plan confirmation hearings | 0.40 | 975.00 | 390.00 |
| 02/27/19 | RBRAD | Conference call with counsel to FFIC re: plan treatment negotiations (.3); follow up call with Andy O'Neill and E. Harron re: same (.2) | 0.50 | 975.00 | 487.50 |
| 02/27/19 | EHARR | Call with FFIC | 0.50 | 905.00 | 452.50 |
| 02/28/19 | RBRAD | Review correspondence from R. Schepacarter and Andy O'Neill and UST amendment to FCR appointment motion | 0.40 | 975.00 | 390.00 |
| | | **Total** | **72.70** | | **46,152.00** |

**Task Code:**   B017        Retention of Professionals/Fee Issues

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/22/19 | SKOHU | Review and revise J. Patton and YCST disclosures; correspondence to E. Harron re: same | 0.40 | 600.00 | 240.00 |
| 01/22/19 | JPATT | Document review | 1.30 | 1,325.00 | 1,722.50 |
| 01/23/19 | SKOHU | Correspondence with E. Harron re: J. Patton and YCST disclosures | 0.70 | 600.00 | 420.00 |
| 01/23/19 | JSAZA | Emails with E. Harron re: FCR appointment | 0.20 | 340.00 | 68.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | March 26, 2019 |
| | | Invoice Number: | 50003569 |
| | | Matter Number: | 076815.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/23/19 | SKOHU | Revise YCST retention application per E. Harron comments | 0.40 | 600.00 | 240.00 |
| 01/23/19 | SKOHU | Correspondence to A. Brockman re: Ankura retention application | 0.10 | 600.00 | 60.00 |
| 01/23/19 | EHARR | Review YCST and Ankura retention papers | 0.50 | 905.00 | 452.50 |
| 01/23/19 | RBRAD | Review and comment on FCR retention application and related pleadings | 0.30 | 975.00 | 292.50 |
| 01/24/19 | SKOHU | Correspondence with C. Cathcart re: FCR appointment and UST comments re: same | 0.20 | 600.00 | 120.00 |
| 01/24/19 | JSAZA | Emails with E. Harron re: FCR appointment | 0.10 | 340.00 | 34.00 |
| 01/28/19 | EHARR | Review edits to FCR motion and declaration | 0.50 | 905.00 | 452.50 |
| 01/28/19 | SKOHU | Analyze revisions to motion to appoint FCR and J. Patton declaration in support of same | 0.40 | 600.00 | 240.00 |
| 01/28/19 | RBRAD | Review and comment on Sidley's comments to FCR retention application and correspondence re: same | 0.30 | 975.00 | 292.50 |
| 01/29/19 | EHARR | Emails with Sidley re: FCR motion and potential UST opposition to same | 0.50 | 905.00 | 452.50 |
| 01/29/19 | EHARR | Emails with A. O'Neill, S. Kohut, and J. Patton re: FCR motion and hearing preparation | 0.80 | 905.00 | 724.00 |
| 01/29/19 | RBRAD | Review research re: UST objection to FCR appointment | 0.70 | 975.00 | 682.50 |
| 01/29/19 | RBRAD | Review additional research re: UST objection to FCR engagement and conference with E. Harron and J. Patton re: same | 0.40 | 975.00 | 390.00 |
| 01/29/19 | SKOHU | Confer with E. Harron re: FCR appointment motion papers | 0.10 | 600.00 | 60.00 |
| 01/29/19 | SKOHU | Correspondence to J. Patton re: FCR appointment motion and J. Patton declaration in support of same | 0.20 | 600.00 | 120.00 |
| 01/29/19 | JSAZA | Summarize litigation precedent; emails with E. Harron re: same | 2.30 | 340.00 | 782.00 |
| 01/30/19 | SKOHU | Review and revise YCST retention application | 2.50 | 600.00 | 1,500.00 |
| 01/30/19 | SKOHU | Review and revise Ankura retention application | 0.70 | 600.00 | 420.00 |
| 01/30/19 | SKOHU | Correspondence with R. Brady and E. Harron re: FCR motion papers | 0.20 | 600.00 | 120.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
|---|---|---|
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 01/30/19 | SKOHU | Analyze multiple further revisions to FCR motion papers and review and revise same | 3.60 | 600.00 | 2,160.00 |
| 01/30/19 | RBRAD | Review further revised application and declaration re: retention of FCR and correspondence with Sidley, E. Harron and S. Kohut re: same (.6); review Patton CV for submission (.1); correspondence with E. Harron re: additional comments to FCR retention documents (.2) | 0.90 | 975.00 | 877.50 |
| 01/30/19 | RBRAD | Review and comment on YCST retention application and related pleadings and correspondence with E. Harron and S. Kohut re: same | 0.60 | 975.00 | 585.00 |
| 01/30/19 | EHARR | Edits to Patton appointment motion and YCST retention application | 1.20 | 905.00 | 1,086.00 |
| 01/30/19 | JPATT | Email to S. Kohut, E. Harron and R. Brady re: J. Patton CV for FCR Motion | 0.20 | 1,325.00 | 265.00 |
| 01/31/19 | RBRAD | Correspondence with B. Warner and E. Harron re: executed Patton declaration in support of FCR appointment and Patton CV (.2); review finalized application and order for filing with court (.2) | 0.40 | 975.00 | 390.00 |
| 01/31/19 | SKOHU | Review final FCR motion papers | 0.20 | 600.00 | 120.00 |
| 01/31/19 | CCATH | Review first day hearing transcript for discussion re: FCR appointment per request of S. Kohut | 0.10 | 285.00 | 28.50 |
| 01/31/19 | EHARR | Prepare outline to address anticipated UST FCR objections | 1.70 | 905.00 | 1,538.50 |
| 01/31/19 | EHARR | Call with A. O'Neill re: FCR motion | 0.20 | 905.00 | 181.00 |
| 02/01/19 | SKOHU | Review and revise draft YCST retention application | 0.80 | 600.00 | 480.00 |
| 02/01/19 | SKOHU | Review and revise draft Ankura retention application | 0.60 | 600.00 | 360.00 |
| 02/01/19 | SKOHU | Meet with E. Harron and S. Zieg re: strategy and preparation for Patton re: FCR appointment | 0.60 | 600.00 | 360.00 |
| 02/01/19 | RBRAD | Conference with E. Harron re: strategy in connection with FCR and YCST retention papers | 0.60 | 975.00 | 585.00 |
| 02/01/19 | SZIEG | Analysis re: preparation for J. Patton testimony (.1); meet with E. Harron and S. Kohut re: same (.5) | 0.60 | 785.00 | 471.00 |
| 02/01/19 | CCATH | Research re: FCR appointment | 1.30 | 285.00 | 370.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | March 26, 2019 |
| | | Invoice Number: | 50003569 |
| | | Matter Number: | 076815.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/19 | EHARR | Develop strategy re: FCR motion | 1.50 | 905.00 | 1,357.50 |
| 02/02/19 | EHARR | Call with J. Patton re: FCR motion and hearing preparation | 0.20 | 905.00 | 181.00 |
| 02/04/19 | SKOHU | Work to finalize YCST retention application | 0.50 | 600.00 | 300.00 |
| 02/04/19 | SKOHU | Work on finalizing Ankura retention application for filing | 0.20 | 600.00 | 120.00 |
| 02/04/19 | SKOHU | Correspondence with A. Brockman and E. Harron re: finalizing Ankura retention application | 0.20 | 600.00 | 120.00 |
| 02/04/19 | CCATH | Finalize, file, and serve YCST and Ankura retention applications (includes time preparing service list and labels) | 1.80 | 285.00 | 513.00 |
| 02/04/19 | EHARR | Finalize YCST and Ankura retention applications | 0.40 | 905.00 | 362.00 |
| 02/06/19 | SKOHU | Confer with E. Harron re: strategy for FCR appointment process | 0.20 | 600.00 | 120.00 |
| 02/07/19 | SKOHU | Research and analysis to prepare J. Patton for FCR deposition and hearing | 2.10 | 600.00 | 1,260.00 |
| 02/08/19 | RBRAD | Review Committee motion to retain Robinson Cole and Legal Analysis Systems | 0.30 | 975.00 | 292.50 |
| 02/08/19 | SKOHU | Research and analysis to prepare J. Patton for FCR appointment deposition and hearing | 2.30 | 600.00 | 1,380.00 |
| 02/10/19 | SKOHU | Continue research and analysis to prepare J. Patton for FCR appointment deposition and hearing | 3.50 | 600.00 | 2,100.00 |
| 02/10/19 | SKOHU | Research and analysis to prepare J. Patton for FCR appointment deposition and hearing | 3.10 | 600.00 | 1,860.00 |
| 02/10/19 | SKOHU | Analyze UST comments to YCST and Ankura retention applications (.2); email to E. Harron and R. Brady re: response strategy (.6) | 0.80 | 600.00 | 480.00 |
| 02/10/19 | EHARR | Emails re: comments to YCST and Ankura retentions | 0.30 | 905.00 | 271.50 |
| 02/10/19 | RBRAD | Review and consider UST comments to YCST and Ankura retention applications (.4); conference with E. Harron re: same (.2); consider and comment on proposed responses to UST comments (.5); correspondence with Debtors' counsel re: application of UST large case fee guidelines (.3) | 1.40 | 975.00 | 1,365.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
|---|---|---|
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/11/19 | JSAZA | Research re: FCR appointment; emails with S. Zieg re: same | 1.60 | 340.00 | 544.00 |
| 02/11/19 | RBRAD | Correspondence with K. Stickles re: UST comments to retention applications (.1) and conference with K. Stickles re: same (.2) | 0.30 | 975.00 | 292.50 |
| 02/11/19 | SKOHU | Continue research and analysis to prepare J. Patton for FCR appointment deposition and hearing | 2.10 | 600.00 | 1,260.00 |
| 02/11/19 | SKOHU | Research and analysis to prepare J. Patton for FCR appointment deposition and hearing | 3.30 | 600.00 | 1,980.00 |
| 02/11/19 | SKOHU | Further research and analysis to prepare J. Patton for FCR appointment deposition and hearing | 1.20 | 600.00 | 720.00 |
| 02/12/19 | SKOHU | Telephone call with E. Harron and S. Zieg re: FCR appointment deposition and hearing preparation and strategy | 0.30 | 600.00 | 180.00 |
| 02/12/19 | SKOHU | Research and analysis to prepare J. Patton for FCR appointment deposition and hearing | 2.50 | 600.00 | 1,500.00 |
| 02/12/19 | RBRAD | Correspondence with Andy O'Neill re: FCR application | 0.20 | 975.00 | 195.00 |
| 02/12/19 | SKOHU | Research and analysis to prepare J. Patton for FCR appointment deposition and hearing | 0.70 | 600.00 | 420.00 |
| 02/12/19 | RBRAD | Correspondence with K. Stickles re: retention applications; teleconference with E. Harron re: same | 0.30 | 975.00 | 292.50 |
| 02/12/19 | SKOHU | Continue with research and analysis to prepare J. Patton for FCR appointment deposition and hearing | 2.40 | 600.00 | 1,440.00 |
| 02/13/19 | RBRAD | Correspondence with K. Stickles re: UST decision that UST large case fee guidelines are not applicable; correspondence with E. Harron and S. Kohut re: same | 0.20 | 975.00 | 195.00 |
| 02/13/19 | SKOHU | Follow up on UST's comments to YCST and Ankura retention applications | 2.10 | 600.00 | 1,260.00 |
| 02/14/19 | RBRAD | Review and consider UST objection to FCR motion (.9); conference with J. Patton and E. Harron re: same (.3); teleconference with Andy O'Neill and E. Harron re: same (.3) | 1.50 | 975.00 | 1,462.50 |
| 02/14/19 | CCATH | Research for and draft supplemental declaration in support of YCST's retention | 0.20 | 285.00 | 57.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | March 26, 2019 |
| Invoice Number: | | 50003569 |
| Matter Number: | | 076815.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/14/19 | RBRAD | Review and comment on proposed responses to UST re: comments to YCST and Ankura retention applications | 0.30 | 975.00 | 292.50 |
| 02/14/19 | CCATH | Research re: FCR appointment | 0.30 | 285.00 | 85.50 |
| 02/14/19 | SKOHU | Confer with C. Cathcart and L. Eden re: preparation of E. Harron declaration supplement and disclosures for same | 0.20 | 600.00 | 120.00 |
| 02/14/19 | SKOHU | Analyze UST's objection to motion to appoint J. Patton as FCR and outline response strategy for same | 2.50 | 600.00 | 1,500.00 |
| 02/14/19 | SKOHU | Emails with E. Harron and R. Brady re: strategy for responding to UST's comments on YCST and Ankura retention applications | 0.30 | 600.00 | 180.00 |
| 02/15/19 | SKOHU | Continue to analyze case law for response to UST's objection to motion to appoint J. Patton as FCR | 4.90 | 600.00 | 2,940.00 |
| 02/15/19 | SKOHU | Analyze case law for response to UST's objection to motion to appoint J. Patton as FCR | 2.30 | 600.00 | 1,380.00 |
| 02/15/19 | SKOHU | Discuss strategy for response to UST's objection to J. Patton appointment as FCR | 0.40 | 600.00 | 240.00 |
| 02/15/19 | RBRAD | Teleconferences with E. Harron (2x) re: strategy for response to UST objection to FCR appointment | 0.50 | 975.00 | 487.50 |
| 02/15/19 | CCATH | Research for and draft supplemental declaration in support of YCST's retention | 1.80 | 285.00 | 513.00 |
| 02/15/19 | SZIEG | Address issues raised in UST's objection (2.5); teleconference with J. Patton re: same (.7) | 3.20 | 785.00 | 2,512.00 |
| 02/15/19 | EHARR | Call with A. O'Neill re: response to UST's FCR objection | 0.30 | 905.00 | 271.50 |
| 02/15/19 | JPATT | Call with S. Zieg re: objection of UST | 0.60 | 1,325.00 | 795.00 |
| 02/15/19 | EHARR | Develop response to UST's FCR objection | 1.50 | 905.00 | 1,357.50 |
| 02/15/19 | EHARR | Call with S. Kohut re: response to UST's FCR objection | 0.40 | 905.00 | 362.00 |
| 02/16/19 | SKOHU | Work on brief responding to UST's objection to J. Patton appointment as FCR | 3.40 | 600.00 | 2,040.00 |
| 02/16/19 | SKOHU | Continue to work on brief responding to U.S.Trustee's objection to appointment of J. Patton as FCR | 4.50 | 600.00 | 2,700.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
| --- | --- | --- |
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 02/17/19 | SKOHU | Work on brief responding to UST's objection to J. Patton appointment as FCR | 11.00 | 600.00 | 6,600.00 |
| 02/17/19 | EHARR | Review and edit draft UST/FCR response | 2.00 | 905.00 | 1,810.00 |
| 02/17/19 | SKOHU | Draft and revise response to UST's objection to appointment of J. Patton as FCR | 7.80 | 600.00 | 4,680.00 |
| 02/18/19 | RBRAD | Review correspondence from R. Shepacarter re: YCST and Ankura retention applications | 0.10 | 975.00 | 97.50 |
| 02/18/19 | EHARR | Edit draft response re: UST's FCR objection (1.5); meet with S. Kohut re: same (.5); edit response insert (.5); meet with E. Justison re: same (.3); email with R. Brady and J. Patton re: response (.3); emails with A. O'Neill re: same (.2); review and edit further-revised response (.7) | 4.00 | 905.00 | 3,620.00 |
| 02/18/19 | JPATT | Work on addressing issues raised by UST | 1.30 | 1,325.00 | 1,722.50 |
| 02/18/19 | SKOHU | Confer with E. Harron re: strategy for responding to UST's objection to appointment of FCR | 0.90 | 600.00 | 540.00 |
| 02/18/19 | SKOHU | Continue to work on draft response to UST's objection to appointment of J. Patton as FCR | 5.60 | 600.00 | 3,360.00 |
| 02/18/19 | JPATT | Review materials re: UST's objection | 3.10 | 1,325.00 | 4,107.50 |
| 02/18/19 | SKOHU | Review and revise response to UST's objection to J. Patton FCR appointment | 6.30 | 600.00 | 3,780.00 |
| 02/19/19 | LEDEN | Research and compile unreported authorities in preparation of filing Debtors' reply to UST's objection to motion appointing J. Patton as futures representative | 4.90 | 285.00 | 1,396.50 |
| 02/19/19 | SKOHU | Review and revise response to UST's objection to J. Patton FCR appointment | 3.30 | 600.00 | 1,980.00 |
| 02/19/19 | SKOHU | Telephone call with YCST and Sidley re: strategy for response to FCR appointment objection | 0.50 | 600.00 | 300.00 |
| 02/19/19 | JKOCH | Review Debtors' response to UST's objection to FCR appointment and discuss same with E. Harron and S. Kohut | 1.00 | 325.00 | 325.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
|---|---|---|
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/19/19 | EHARR | Calls with Debtor re: UST's FCR objection (.5); call with N. Ramsey re: same (.2); emails with R. Schepacarter re: same (.1) | 0.80 | 905.00 | 724.00 |
| 02/19/19 | EHARR | Edit response to UST's FCR objection | 2.00 | 905.00 | 1,810.00 |
| 02/19/19 | CCATH | Work on compiling compendium to reply in support of FCR appointment | 1.60 | 285.00 | 456.00 |
| 02/20/19 | SKOHU | Telephone call with Sidley and YCST teams re: response to FCR appointment objection | 0.20 | 600.00 | 120.00 |
| 02/20/19 | EHARR | Review revised Debtor response re: UST's objection to FCR motion (.7); call with Debtor's counsel re: same (.3); review ACC's response and email to N. Ramsey re: same (.3) | 1.30 | 905.00 | 1,176.50 |
| 02/20/19 | JKOCH | Draft FCR joinder to Debtors' response to UST's objection to FCR appointment motion (.9); revise same (.1) | 1.00 | 325.00 | 325.00 |
| 02/20/19 | SKOHU | Emails with J. Patton and YCST team re: FCR appointment strategy (.2); research and analysis for same (1.6) | 1.80 | 600.00 | 1,080.00 |
| 02/20/19 | EHARR | Review UST's FCR motion | 0.30 | 905.00 | 271.50 |
| 02/20/19 | SKOHU | Analyze Committee response to UST's objection to FCR appointment | 0.20 | 600.00 | 120.00 |
| 02/20/19 | CCATH | Work on compiling compendium to reply in support of FCR appointment | 0.70 | 285.00 | 199.50 |
| 02/20/19 | LEDEN | Assist in preparation of compendium re: response to UST's objection to motion to appoint FCR | 0.50 | 285.00 | 142.50 |
| 02/20/19 | RBRAD | Review UST motion to appoint a legal representative for future claimants and conference with E. Harron re: same (.9); follow-up correspondence with J. Patton and E. Harron re: strategy for response (.3) | 1.20 | 975.00 | 1,170.00 |
| 02/20/19 | SKOHU | Analyze UST's motion to appoint FCR | 0.40 | 600.00 | 240.00 |
| 02/20/19 | RBRAD | Review further revised Debtors' response to UST objection to FCR appointment motion and related correspondence | 0.80 | 975.00 | 780.00 |
| 02/20/19 | EHARR | Emails and consider response to UST motion | 1.20 | 905.00 | 1,086.00 |
| 02/20/19 | SKOHU | Review and comment on draft response to FCR appointment objection | 0.90 | 600.00 | 540.00 |
| 02/20/19 | CCATH | Research re: cross-trust audit procedures per request of S. Zieg | 0.30 | 285.00 | 85.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | | Invoice Date: | March 26, 2019 |
| | | | Invoice Number: | 50003569 |
| | | | Matter Number: | 076815.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/21/19 | EHARR | Review draft motion re: FCR appointment | 1.00 | 905.00 | 905.00 |
| 02/21/19 | JPATT | Email to E. Harron re: strategy follow-up | 0.10 | 1,325.00 | 132.50 |
| 02/21/19 | CCATH | Edit, file, and coordinate service of joinder in support of objections to UST's motion to shorten re: motion to appoint a FCR | 0.30 | 285.00 | 85.50 |
| 02/21/19 | EHARR | Review ACC's and Debtor's replies (.8), review joinders (.8), calls with A. O'Neill (.3), meet with J. Patton, R. Brady, S. Zieg, S. Kohut, and J. Kochenash (.5), and research (.5) re: UST's FCR motion | 3.90 | 905.00 | 3,529.50 |
| 02/21/19 | JKOCH | Review and revise joinder in support of objections to UST's motion to shorten re: motion to appoint a FCR | 0.30 | 325.00 | 97.50 |
| 02/21/19 | RBRAD | Review Judge Carey's order denying UST motion to shorten and scheduling matters and conferences with J. Patton and E. Harron re: same | 0.60 | 975.00 | 585.00 |
| 02/21/19 | SKOHU | Work on preparing materials for J. Patton FCR appointment hearing | 0.60 | 600.00 | 360.00 |
| 02/21/19 | RBRAD | Review Debtors' objection to UST motion to shorten notice re: motion to appoint a legal representative for future claimants and conferences with E. Harron and J. Patton re: same | 0.80 | 975.00 | 780.00 |
| 02/21/19 | SKOHU | Research and analysis for preparation of J. Patton for FCR appointment hearing | 1.50 | 600.00 | 900.00 |
| 02/21/19 | RBRAD | Review joinder to Debtors and ACC objection to UST motion to shorten notice re: FCR appointment | 0.10 | 975.00 | 97.50 |
| 02/21/19 | RBRAD | Review joinder of James Patton in support of responses filed by Debtors and ACC | 0.10 | 975.00 | 97.50 |
| 02/21/19 | JSAZA | Emails with S. Zieg and J. Kochenash re: FCR appointment | 0.10 | 340.00 | 34.00 |
| 02/21/19 | RBRAD | Review ACC objection to UST motion to shorten notice re: motion to appoint legal representative for future claimants | 0.20 | 975.00 | 195.00 |
| 02/21/19 | CCATH | Edit, file, and coordinate service of joinder in support of Debtors' motion to appoint J. Patton as FCR | 0.80 | 285.00 | 228.00 |
| 02/21/19 | SKOHU | Analyze ACC response to UST's motion to shorten | 0.40 | 600.00 | 240.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/21/19 | SKOHU | Attention to updating YCST disclosures for retention application | 0.40 | 600.00 | 240.00 |
| 02/22/19 | SKOHU | Continue to work on disclosures for FCR appointment motion | 0.10 | 600.00 | 60.00 |
| 02/22/19 | EHARR | Call with Committee and Debtor re: UST FCR issues | 0.50 | 905.00 | 452.50 |
| 02/22/19 | RBRAD | Prepare for and conference call re: strategy for hearing on FCR appointment motions | 0.70 | 975.00 | 682.50 |
| 02/22/19 | EHARR | Develop strategy re: UST FCR issues | 0.80 | 905.00 | 724.00 |
| 02/23/19 | JSAZA | Research re: FCR appointment; emails with S. Zieg and B. Gordon re: same | 0.30 | 340.00 | 102.00 |
| 02/24/19 | JKOCH | Research re: FCR | 2.40 | 325.00 | 780.00 |
| 02/24/19 | SKOHU | Internal emails re: strategy for response to UST's FCR motion | 0.10 | 600.00 | 60.00 |
| 02/24/19 | JSAZA | Emails with S. Zieg and J. Kochenash re: FCR appointment | 0.30 | 340.00 | 102.00 |
| 02/25/19 | CCATH | Research re: UST-proposed FCR candidates | 1.70 | 285.00 | 484.50 |
| 02/25/19 | RBRAD | Review and comment on draft stipulation between Debtors, ACC And UST re: pre-hearing schedule in connection with FCR appointment motions (.2); correspondence with Sidley re: same (.1); review ACC comments and related correspondence (.2) | 0.50 | 975.00 | 487.50 |
| 02/25/19 | EHARR | Call with Court (.5); calls with N. Ramsey and A. O'Neill (.3) re: FCR appointment and hearing process | 0.80 | 905.00 | 724.00 |
| 02/25/19 | EHARR | Emails re: stipulation with UST on FCR hearing process | 0.30 | 905.00 | 271.50 |
| 02/25/19 | JPATT | Maremont FCR motions tele status conf - follow up with legal team re outcome. | 0.90 | 1,325.00 | 1,192.50 |
| 02/25/19 | BWALT | Research re: UST-proposed FCR candidates | 0.40 | 295.00 | 118.00 |
| 02/25/19 | JKOCH | Research re: FCR | 0.80 | 325.00 | 260.00 |
| 02/25/19 | JSAZA | Emails with J. Kochenash re: FCR appointment | 0.10 | 340.00 | 34.00 |
| 02/25/19 | JSAZA | Research re: FCR appointment; emails with S. Zieg re: same | 2.30 | 340.00 | 782.00 |
| 02/26/19 | RBRAD | Review Patton declaration for FCR appointment motion and related correspondence | 0.30 | 975.00 | 292.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
| :-- | :-- | --: |
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
| :-- | :-- | :-- | --: | --: | --: |
| 02/26/19 | JSAZA | Research re: FCR appointment; emails with S. Zieg re: same | 1.30 | 340.00 | 442.00 |
| 02/27/19 | CCATH | Revise, file, and coordinate service of supplemental declaration in support of YCST retention | 0.60 | 285.00 | 171.00 |
| 02/27/19 | SZIEG | Review pleadings and pertinent documents re: UST's objection to Patton appointment and motion to appoint alternative candidates. | 9.80 | 785.00 | 7,693.00 |
| 02/27/19 | RBRAD | Review supplemental Harron declaration in support of retention and correspondence re: same | 0.30 | 975.00 | 292.50 |
| 02/27/19 | RBRAD | Review Debtors' correspondence re: interviews with UST candidates for FCR | 0.20 | 975.00 | 195.00 |
| 02/27/19 | SKOHU | Analyze to finalize supplemental E. Harron declaration | 0.10 | 600.00 | 60.00 |
| 02/27/19 | RBRAD | Review comments to pre-hearing stipulation on FCR appointment motions and conference with E. Harron re: same | 0.30 | 975.00 | 292.50 |
| 02/27/19 | SKOHU | Analyze Judge Ableman's declaration re: FCR appointment | 0.20 | 600.00 | 120.00 |
| 02/27/19 | EHARR | Work on UST issue re: FCR; phone calls re: same | 1.00 | 905.00 | 905.00 |
| 02/28/19 | CCATH | Research for reply in support of FCR appointment | 0.70 | 285.00 | 199.50 |
| 02/28/19 | EHARR | Review draft ACC opposition to UST's FCR motion | 0.30 | 905.00 | 271.50 |
| 02/28/19 | SKOHU | Work on strategy for UST's motion to appoint FCR | 1.80 | 600.00 | 1,080.00 |
| 02/28/19 | SKOHU | Correspondence with E. Harron re: FCR appointment discovery strategy (.2); confer with E. Harron and S. Zieg re: same | 0.60 | 600.00 | 360.00 |
| 02/28/19 | SKOHU | Analyze draft objection to UST's motion to appoint FCR | 2.50 | 600.00 | 1,500.00 |
| 02/28/19 | JSAZA | Emails with S. Zieg re: FCR appointment | 0.10 | 340.00 | 34.00 |
| 02/28/19 | LEDEN | Research re: FCR appointment per request of S. Zieg | 1.50 | 285.00 | 427.50 |
| 02/28/19 | SZIEG | Analysis re: FCR appointment | 1.20 | 785.00 | 942.00 |
| 02/28/19 | RBRAD | Review UCC draft objection to UST FCR appointment motion and discuss same with E. Harron | 0.30 | 975.00 | 292.50 |
| | | **Total** | **206.80** | | **137,441.00** |

Patton, James L., Jr., Future Claimants' Representative

| | | | | Invoice Date: | March 26, 2019 |
| | | | | Invoice Number: | 50003569 |
| | | | | Matter Number: | 076815.1001 |

## Timekeeper Summary

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BWALT | Brenda Walters | Paralegal | 0.40 | 295.00 | 118.00 |
| CCATH | Casey Cathcart | Paralegal | 20.60 | 285.00 | 5,871.00 |
| EHARR | Edwin J. Harron | Partner | 40.10 | 905.00 | 36,290.50 |
| EJUST | Elizabeth S. Justison | Associate | 12.40 | 485.00 | 6,014.00 |
| JPATT | James L. Patton Jr | Partner | 13.60 | 1,325.00 | 18,020.00 |
| JHUGH | James P. Hughes | Partner | 3.80 | 975.00 | 3,705.00 |
| JKOCH | Jared W. Kochenash | Associate | 22.20 | 325.00 | 7,215.00 |
| JSAZA | Jordan E. Sazant | Associate | 9.40 | 340.00 | 3,196.00 |
| LEDEN | Lisa M. Eden | Paralegal | 14.60 | 285.00 | 4,161.00 |
| MMILA | Matthew Milana | Law Clerk | 2.00 | 275.00 | 550.00 |
| RBRAD | Robert S. Brady | Partner | 37.90 | 975.00 | 36,952.50 |
| SKOHU | Sara Beth A.R. Kohut | Counsel | 109.90 | 600.00 | 65,940.00 |
| SZIEG | Sharon M. Zieg | Partner | 20.20 | 785.00 | 15,857.00 |
| TPAKR | Tara C. Pakrouh | Associate | 3.90 | 400.00 | 1,560.00 |
| TBUCH | Travis G. Buchanan | Associate | 8.00 | 530.00 | 4,240.00 |
| **Total** | | | **319.00** | | **$209,690.00** |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | March 26, 2019 |
| Invoice Number: | | 50003569 |
| Matter Number: | | 076815.1001 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.10 | 905.00 | 90.50 |
| Robert S. Brady | Partner | 0.60 | 975.00 | 585.00 |
| Jordan E. Sazant | Associate | 0.70 | 340.00 | 238.00 |
| Casey Cathcart | Paralegal | 4.30 | 285.00 | 1,225.50 |
| Lisa M. Eden | Paralegal | 0.40 | 285.00 | 114.00 |
| **Total** | | **6.10** | | **2,253.00** |

**Task Code:B002**          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 2.40 | 905.00 | 2,172.00 |
| James L. Patton Jr | Partner | 3.50 | 1,325.00 | 4,637.50 |
| Robert S. Brady | Partner | 5.30 | 975.00 | 5,167.50 |
| Jared W. Kochenash | Associate | 10.80 | 325.00 | 3,510.00 |
| Casey Cathcart | Paralegal | 1.30 | 285.00 | 370.50 |
| **Total** | | **23.30** | | **15,857.50** |

**Task Code:B008**          **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 2.80 | 905.00 | 2,534.00 |
| James L. Patton Jr | Partner | 0.50 | 1,325.00 | 662.50 |
| Sharon M. Zieg | Partner | 3.90 | 785.00 | 3,061.50 |
| Sara Beth A.R. Kohut | Counsel | 2.80 | 600.00 | 1,680.00 |
| Elizabeth S. Justison | Associate | 0.10 | 485.00 | 48.50 |
| **Total** | | **10.10** | | **7,986.50** |

**Task Code:B012**          **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 4.60 | 905.00 | 4,163.00 |
| James L. Patton Jr | Partner | 2.10 | 1,325.00 | 2,782.50 |
| James P. Hughes | Partner | 3.80 | 975.00 | 3,705.00 |
| Robert S. Brady | Partner | 16.30 | 975.00 | 15,892.50 |
| Sharon M. Zieg | Partner | 1.50 | 785.00 | 1,177.50 |
| Sara Beth A.R. Kohut | Counsel | 2.20 | 600.00 | 1,320.00 |
| Elizabeth S. Justison | Associate | 12.30 | 485.00 | 5,965.50 |
| Jared W. Kochenash | Associate | 5.90 | 325.00 | 1,917.50 |
| Tara C. Pakrouh | Associate | 3.90 | 400.00 | 1,560.00 |
| Travis G. Buchanan | Associate | 8.00 | 530.00 | 4,240.00 |
| Casey Cathcart | Paralegal | 2.80 | 285.00 | 798.00 |
| Lisa M. Eden | Paralegal | 7.30 | 285.00 | 2,080.50 |
| Matthew Milana | Law Clerk | 2.00 | 275.00 | 550.00 |
| **Total** | | **72.70** | | **46,152.00** |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | March 26, 2019 |
| | Invoice Number: | 50003569 |
| | Matter Number: | 076815.1001 |

**Task Code:B017**      **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|------:|-----:|-------:|
| Edwin J. Harron | Partner | 30.20 | 905.00 | 27,331.00 |
| James L. Patton Jr | Partner | 7.50 | 1,325.00 | 9,937.50 |
| Robert S. Brady | Partner | 15.70 | 975.00 | 15,307.50 |
| Sharon M. Zieg | Partner | 14.80 | 785.00 | 11,618.00 |
| Sara Beth A.R. Kohut | Counsel | 104.90 | 600.00 | 62,940.00 |
| Jared W. Kochenash | Associate | 5.50 | 325.00 | 1,787.50 |
| Jordan E. Sazant | Associate | 8.70 | 340.00 | 2,958.00 |
| Brenda Walters | Paralegal | 0.40 | 295.00 | 118.00 |
| Casey Cathcart | Paralegal | 12.20 | 285.00 | 3,477.00 |
| Lisa M. Eden | Paralegal | 6.90 | 285.00 | 1,966.50 |
| **Total** | | **206.80** | | **137,441.00** |