# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAREMONT CORPORATION, et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-10118 (KJC)<br><br>Jointly Administered<br>**Ref. Docket Nos. 10, 11, 30, 65, 66, 136, 137, 143, 145, 158**<br>**Hearing Date: May 14, 2019 at 2:00 p.m. (ET)** |

## NOTICE OF CONTINUED COMBINED HEARING

**PLEASE TAKE NOTICE** that the hearing (the "Combined Hearing") to consider, among other things, the adequacy of the *Disclosure Statement for the Joint Prepackaged Plan of Reorganization of Maremont Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 11], confirmation of the *Modified Joint Prepackaged Plan of Reorganization of Maremont Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 136], and any Objections to any of the foregoing, has been continued to **May 14, 2019 at 2:00 p.m. (Prevailing Eastern Time)**[2] before The Honorable Kevin J. Carey, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware, 19801.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Maremont Corporation (6138); Maremont Exhaust Products, Inc. (9284); AVM, Inc. (9285); and Former Ride Control Operating Company, Inc. (f/k/a ArvinMeritor, Inc., a Delaware corporation) (9286). The mailing address for each Debtor for purposes of these chapter 11 cases is 2135 West Maple Road, Troy, MI 48084.

[2] At the April 23, 2019 telephonic status conference it was announced that the Combined Hearing would be continued to May 16, 2019. Subsequently, the date and time of the continued Combined Hearing was changed to **May 14, 2019 at 2:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing may be adjourned from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on such other parties entitled to notice.

Dated: April 24, 2019

    SIDLEY AUSTIN LLP
    James F. Conlan
    Andrew F. O'Neill
    Allison Ross Stromberg
    Blair M. Warner
    One South Dearborn Street
    Chicago, Illinois 60603
    Telephone: (312) 853-7000
    Facsimile: (312) 853-7036

    -and-

    COLE SCHOTZ P.C.

    */s/ J. Kate Stickles*
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, Delaware 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117

    ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION