# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MAREMONT CORPORATION, et al.,[1] <br><br> Debtors. | Case No. 19-cv-00973 (CFC) <br><br> Chapter 11 <br> Case No. 19-10118 (LSS) <br> (Jointly Administered) |

### ORDER AFFIRMING THE BANKRUPTCY COURT'S FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE MODIFIED JOINT PREPACKAGED PLAN OF REORGANIZATION OF MAREMONT CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

Upon consideration of the *Debtors' Motion for Entry of an Order Affirming the Bankruptcy Court's Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Prepackaged Plan of Reorganization of Maremont Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "Motion");[2] and upon consideration of the entire Confirmation Record as supplemented by the Motion; and upon this Court having determined that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(a); and proper notice having been given; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. Pursuant to 11 U.S.C. § 524(g), the *Findings of Fact, Conclusions of Law and Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Prepetition Solicitation Procedures, and (III) Confirming the Modified Joint Prepackaged Plan of Reorganization of Maremont Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Maremont Corporation (6138); Maremont Exhaust Products, Inc. (9284); AVM, Inc. (9285); and Former Ride Control Operating Company, Inc. (f/k/a ArvinMeritor, Inc., a Delaware corporation) (9286). The mailing address for each Debtor for purposes of these chapter 11 cases is 2135 West Maple Road, Troy, MI 48084.

[2] Capitalized terms used but not defined in herein shall have the meanings ascribed to such terms in the Motion.

*the Bankruptcy Code* [D. Del. Docket No. 2, Bankr. D. Del. Docket No. 241], which is incorporated herein by reference, is hereby adopted, approved, and affirmed in all respects, including but not limited to the Asbestos Personal Injury Channeling Injunction.

2. The Debtors are hereby authorized, immediately upon entry of this Order, to proceed with the implementation of the Plan and the establishment of the Asbestos Personal Injury Trust in accordance with the Plan and the Plan Documents.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: June 27, 2019

COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE